**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>5967 VENTURES, LLC, a limited liability company, d/b/a Humboldt Merchant Services,<br><br>Defendant. | Case No. ____________<br><br>**COMPLAINT FOR PERMANENT INJUNCTION AND OTHER RELIEF** |

Plaintiff, the Federal Trade Commission ("FTC"), for its Complaint alleges:

1. The FTC brings this action for Defendant's violations of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a). For these violations, the FTC seeks relief, including a permanent injunction and other relief, pursuant to Section 13(b) of the FTC Act, 15 U.S.C. § 53(b).

## SUMMARY OF THE CASE

2. Defendant 5967 Ventures, LLC, which does business as Humboldt Merchant Services ("Humboldt"), is in the payment processing business and for years has processed payments for more than a thousand merchants it knew, or consciously avoided knowing,

were shell entities that served as fronts or pass-throughs for third parties engaged in unauthorized billing scams. In December 2023, at the request of the United States Department of Justice, a federal court shut down an organization that had set up many of these shell entities on behalf of fraudulent companies that purportedly sold nutraceutical supplements and other products online. *See United States v. CB Surety LLC*, No. 2:23-cv-2812 (E.D. Cal.). These fraudulent companies used sham merchant accounts set up under the names of the shell entities to place unauthorized charges on consumers' credit and debit cards. From 2021 through 2023 alone, Humboldt processed over $100 million through these sham merchant accounts.

3. Humboldt has sponsorship agreements with banks to open accounts associated with bank identification numbers ("BINs") licensed by the card networks for businesses to process consumers' credit and debit card payments. When opening and maintaining these accounts, known as "merchant accounts," Humboldt is required to follow the rules established and enforced by credit card networks, such as Mastercard and Visa.

4. Humboldt markets itself as specializing in "tough to place" or "high risk" merchants—businesses that are usually rejected by other processors because of disqualifying credit, reputational, or regulatory risk. In 2017 and 2018, Humboldt's business consisted primarily of merchants selling nutraceutical supplements and assorted gadgets on the Internet, often through "free"-trial offers. Many consumers who provided their credit card information for these offers were enrolled automatically into subscription plans that continued to bill them for unwanted products after the trial period ended. Humboldt referred to these types of accounts synonymously as "nutra" or "Performance Marketing," and they were Humboldt's most profitable accounts. Driven by the Performance Marketing business, Humboldt's annual profits grew from approximately $7.5 million in 2014 to over $80 million in 2017.

5. Humboldt was warned that its Performance Marketing business was permeated with fraud. During reviews from 2017 to 2019, Mastercard alerted Humboldt that thousands of its accounts appeared to be involved in "load balancing" and "card sharing" schemes, where fraudsters place charges on consumers' credit cards and route the

transactions across multiple merchant accounts to hide their activities from the scrutiny of banks and card networks. In 2019, a senior Humboldt underwriter warned Humboldt's management that Humboldt had for years opened shell accounts with straw signers that were being used for "obvious load balancing" and "obvious card sharing" schemes. Most of these shell accounts came from merchants referred by just a few external sales agents, one of whom was a close personal friend of Humboldt's President, who personally profited from the agent's referrals through a secret arrangement where they split the residuals that the agent received from Humboldt.

6. Humboldt ultimately disregarded the senior underwriter's warnings, but the scrutiny from Mastercard forced Humboldt to close thousands of accounts and jeopardized its profitable Performance Marketing business. Despite known and apparent fraud widespread among its Performance Marketing accounts, however, Humboldt continued to pursue the business from the same sales agents. As part of their efforts to increase revenues from Humboldt's Performance Marketing business, Humboldt at the end of 2020 placed Performance Marketing accounts on a lower-risk BIN licensed and used by an

affiliated entity, NorthAB, LLC ("NAB"), instead of Humboldt's BIN, where they previously had been placed. Humboldt did this because it believed the accounts' approval ratios—the percentage of attempted transactions that get approved and settled by cardholders' banks instead of denied—would increase if the accounts were on the lower-risk BIN, thereby increasing the volume of transactions processed through the accounts.

7. By 2021, the Humboldt Performance Marketing accounts placed on NAB's BIN collectively had "chargebacks"—transactions that are reversed and refunded after cardholders dispute them, for example by reporting charges as unauthorized or fraudulent—at rates of over 7% of all sales, which was far higher than the thresholds used by the card brands' chargeback and fraud monitoring programs (*i.e.*, 0.9% and 1.5%) and almost *100 times higher* than the NAB BIN's overall chargeback rate.

8. Nevertheless, until around the end of 2023, after learning of the FTC's investigation, Humboldt continuously opened thousands of Performance Marketing accounts primarily from two sales agents, even though their accounts had red flags of being shells and typically

incurred chargebacks at rates that were almost ten times higher than what Mastercard and Visa viewed as excessive. While these accounts often were closed within six months, the continuous supply of shell accounts was highly profitable for Humboldt, and it enabled the online scams that used them as fronts to avoid detection and continue harming consumers.

## JURISDICTION AND VENUE

9. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337(a), and 1345.

10. Venue is proper in this District under 28 U.S.C. §§ 1391(b)(1), (b)(2), (c)(2), and (d), and 15 U.S.C. § 53(b).

## PLAINTIFF

11. The FTC is an agency of the United States Government created by the FTC Act, which authorizes the FTC to commence this district court civil action by its own attorneys. 15 U.S.C. §§ 41–58. The FTC enforces Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), which prohibits unfair or deceptive acts or practices in or affecting commerce.

## DEFENDANT

12. Defendant Humboldt is a Delaware limited liability company which has an office at 1600 North Desert Drive, Suite 101, Tempe, Arizona 85281. At times relevant to this Complaint, Humboldt's President worked out of the office building used by its corporate affiliate, NAB (formerly known as North American Bancard, LLC ), at 250 Stephenson Highway, Troy, Michigan 48083. Humboldt transacts or has transacted business in this District and throughout the United States.

## COMMERCE

13. At all times relevant to this Complaint, Defendant has maintained a substantial course of trade in or affecting commerce, as "commerce" is defined in Section 4 of the FTC Act, 15 U.S.C. § 44.

## DEFENDANT'S BUSINESS ACTIVITIES

### A. Humboldt's Role in the Credit Card System

14. Humboldt offers and provides credit and debit card processing services to companies, including by helping them open merchant accounts at financial institutions (known as sponsor or acquiring banks, or "Acquirers") that are members of credit card

networks (e.g., Visa and Mastercard). Without access to a merchant account, businesses cannot accept credit or debit card payments.

15. To participate in the credit card system, consumers obtain a card-network-sponsored credit card from an "issuing bank" or "Issuer."

16. Card networks impose operating rules and restrictions on sponsor banks and their service providers to deter fraud, increase transparency, and reduce risk to the payment system. In turn, sponsor banks enter into contracts with service providers, including ISOs, that require compliance with the banks' policies and procedures for conducting due diligence and underwriting on prospective merchants and monitoring merchants' transaction activity to manage risk.

17. Humboldt is an ISO that is registered with the card networks. Humboldt solicits merchants and works with them to open merchant accounts that are held at the acquiring banks with which Humboldt has sponsor relationships.

18. In addition to soliciting and communicating with merchants, Humboldt is also responsible for underwriting, risk management and compliance for the merchant accounts it opens. Through relationships with its sponsor banks, Humboldt also has authority to clear and settle

merchants' card transactions. In doing so, Humboldt bears the primary risk of the business.

19. At all times material to this Complaint, Humboldt operated as a registered ISO of the acquiring bank BMO Harris Bank, N.A. ("Acquiring Bank"), which is a member of the card networks.

20. The diagram in Figure 1 generally illustrates relationships between consumers, merchants, issuing banks, and acquiring banks in the credit card system, as well as Humboldt's role as an ISO that solicits merchants and underwrites, opens, and performs risk functions for accounts that are held at an acquiring bank:

**Figure 1:**
**Payment Processing Ecosystem**



21. Since December 2009, Humboldt has had a direct sponsorship agreement with the Acquiring Bank. Under this sponsorship agreement, the Acquiring Bank provides Humboldt BINs licensed by Visa and Mastercard to clear and settle transactions for merchant accounts opened by Humboldt. Humboldt refers to these BINs collectively as the "Humboldt BIN."

22. Humboldt is responsible under its sponsorship agreement with the Acquiring Bank to provide "[m]erchant underwriting" and "risk/fraud monitoring" in accordance with the card networks' rules and the credit policy in the agreement. The credit policy allows Humboldt to open accounts on the Humboldt BIN for certain "special handling" accounts that include negative-option billing merchants using trial offers.

23. In October 2020, Humboldt also began onboarding its merchants through its corporate affiliate NAB's separate sponsorship relationship with the Acquiring Bank. This separate sponsorship agreement's credit policy restricts certain high-risk merchant types that

are allowed on the Humboldt BIN, including negative-option billing merchants using trial offers.

**(1) Chargebacks and Fraud Monitoring Programs**

24. A major indicator of fraudulent or deceptive conduct on a merchant account is a high chargeback rate. Chargebacks occur when cardholders contact their issuing bank to dispute a charge that appeared on their account statement. If the consumer's dispute is upheld by his or her issuing bank, the amount is charged back to the merchant's account and the consumer does not pay for the disputed charge. If the chargeback is upheld and the merchant cannot or does not cover it, the acquiring bank and ISO must cover it.

25. To manage risk and minimize fraud, the card networks have developed formal programs to monitor merchant accounts that have excessive chargebacks. Merchant accounts that exceed certain chargeback thresholds are subjected to heightened monitoring, and the card networks may impose fines or even terminate accounts if their chargeback metrics do not improve.

26. For example, merchants have been subject to the Visa Dispute Monitoring Program when they have had at least 100 disputed

transactions (chargebacks) in a single month and their ratio of disputed transactions to total transactions has been 0.9% or higher. Under Mastercard's Excessive Chargeback Program, a merchant is designated an Excessive Chargeback Merchant when it incurs 100 or more chargebacks in a single month and its chargeback-to-transaction ratio reaches 1.5%.

27. Fraudulent merchants with excessive chargebacks often attempt to evade detection by these monitoring programs through a practice called load balancing, in which they distribute sales across multiple merchant accounts. This lowers the risk that any single account will exceed the threshold of 100 chargebacks per month that is a trigger for being placed in the monitoring programs. Fraudulent merchants often will set up shell corporations or limited liability companies to act as fronts to obtain new merchant accounts that can be used to implement load balancing tactics and continue processing sales.

28. Card networks prohibit the practice of processing credit card transactions through another company's merchant account. This practice is known as "credit card laundering" or "transaction laundering." Many fraudulent merchants engage in credit card

laundering to conceal their real identities from consumers, banks, card networks, or law enforcement. They may do this by creating shell companies to act as fronts, applying for merchant accounts in the names of these shell companies, and then laundering their own transactions through these shell companies' merchant accounts. They may also launder their transactions through an existing merchant account that purports to be engaged in a different line of business. Laundering helps fraudulent merchants circumvent underwriting or risk monitoring criteria established by Acquirers or ISOs—criteria they may be unable to satisfy if they were to disclose their real identity, for example if they previously had been flagged for excessive chargebacks or fraud.

29. When a merchant account is terminated by an Acquirer or ISO for an adverse reason or non-compliant conduct, the merchant is added to a database known as the MATCH list (which stands for Mastercard Alert to Control High-Risk merchants). Reasons for adding a merchant to the MATCH list include excessive chargebacks, excessive fraud, laundering activity, bankruptcy, or violations of card network standards.

30. Acquirers and ISOs typically are required to check whether a prospective merchant is on the MATCH list when performing due diligence. Merchants on the MATCH list often have difficulty obtaining or cannot obtain merchant accounts, as they are deemed to be too high risk by many Acquirers and ISOs. If an Acquirer or ISO is willing to open an account for a merchant on the MATCH list, they often require that the merchant agree to more onerous terms, such as higher fees and heightened monitoring.

**(2) Restrictions on High-Risk and Performance Marketing Merchants**

31. Card networks and Acquirers impose additional restrictions on certain categories of merchants deemed to present a heightened risk to the payment system. The highest risk merchants, such as those engaged in illegal activity, are prohibited from processing payments altogether. Other high-risk merchants are allowed to process payments but are subject to heightened underwriting and monitoring requirements.

32. Merchants are often classified as high risk based on the nature of the products or services they sell or the manner in which they sell them. In general, merchants with physical retail locations that

accept payments from customers in person ("card present" transactions) are considered much lower risk than merchants that do business over the phone or on the Internet ("card-not-present" or "card absent" transactions). One reason for this is that card-not-present transactions have a higher risk of fraud.

33. The card networks require the assignment of four-digit merchant category codes ("MCCs") to classify the type of business in which a merchant is engaged. A merchant is assigned an MCC when it first obtains a merchant account. Card networks' rules require that merchants be assigned correct MCCs by Acquirers and their ISOs. Proper MCC classification helps ensure that merchant accounts are subjected to the appropriate level of risk monitoring.

34. In October 2018, Mastercard published a bulletin announcing it was revising its rules for high-risk negative option billing merchants. Humboldt's officers received copies of the bulletin.

35. Mastercard's revised rules, which became effective April 2019 ("Mastercard's 5968 Rules"), applied to "any merchant offering a free or low-cost trial period of a physical good (e.g. cosmetics, dietary supplement)." Mastercard's 5968 Rules require Acquirers to use MCC

5968 for these high-risk negative option billing merchants and their transactions. Mastercard's 5968 Rules also require that: Acquirers register MCC 5968 merchants through the Mastercard Registration Program, thereby requiring Acquirers to verify merchants' compliance with Mastercard Standards; and MCC 5968 merchants obtain every cardholder's explicit consent to any further payments after a trial period ends.

36. A December 2018 report published by the Better Business Bureau ("BBB") described the growing problem of online "free trial offer frauds" that Mastercard's rules were designed to address. The BBB report discussed a 2010 FTC case against a company that sold weight loss pills and colon cleansing products to illustrate how these fraudulent free trial offers work. The report explained that "customers were asked to provide their credit or debit card numbers to pay $4.95, or sometimes $1.95, for the 'free' trial'" and "[t]hose who did were shipped a one-month supply of the pills and were often charged $59.95 right away" and then charged for these pills every month. The terms of the trial offers "were only disclosed in very fine print if a customer scrolled down to the bottom of order page where customers entered

their credit card number.” To avoid being charged, consumers had to receive the pills and return them within fourteen (14) days and provide a Return Merchant Authorization Number from the merchant, which was difficult to obtain.

37. The BBB report also listed the following common components of these scams: the products offered “mostly consisted of diet pills, teeth whiteners, wrinkle and anti-aging creams and, most recently, cannabis extract products”; “[i]n order to get victims to decide to try a ‘free trial,’ these frauds often make extreme claims of the supposed merits of their products” along with phony testimonials from “supposedly happy customers” or “endorsements by celebrities or other trust figures”; and “[m]any fake free trial offers use affiliate networks to advertise their products” and “drive traffic to their website.”

## B. Humboldt’s Pursuit and Growth of the “Performance Marketing” Business

38. Humboldt markets itself as a “merchant acquiring” business focused on “nontraditional” or “specialty” verticals. These verticals generally consist of businesses that are considered “high risk” and are subject to heightened regulatory scrutiny or pose a heightened risk of fraud and chargebacks.

39. Since at least 2015, Humboldt's portfolio has been concentrated in two verticals. The first is "adult" or "dating," which includes, for example, pornography and "cam" websites. The second is "Performance Marketing."

40. Humboldt's Performance Marketing business has consisted of e-commerce merchants that generally sell products such as nutraceutical supplements for weight loss, anti-aging, or sexual stimulation or enhancement, and assorted gadgets, through negative option, trial, or subscription billing. Initially, Humboldt's Performance Marketing merchants all were classified under MCC 5968.

41. Humboldt refers to its Performance Marketing business by other terms, including "nutra" (shorthand for nutraceuticals) and "ERA" merchants (a reference to Humboldt's enhanced risk addendum, a form that Performance Marketing merchants must submit when applying). The ERA addendum contains additional contractual terms and fees that Humboldt imposes on Performance Marketing merchants. A version of the "Enhanced Risk Addendum" used by Humboldt from at least 2016 to 2021 stated: "This addendum . . . is hereby entered into because . . . merchant may operate a so-called 'negative option' program."

Humboldt's internal risk-team meeting notes explain that "The [ERA] addendum requires the merchant to comply with additional HBMS policies that mitigate losses."

42. Humboldt's Performance Marketing accounts have chargeback rates that are consistently higher than its other major high-risk verticals (including adult). In the aggregate, they far exceed the threshold rates for individual accounts (0.9% and 1.5%) used by the card networks' monitoring programs.

43. In 2015, an outside consulting firm for the Acquiring Bank conducted a risk review of Humboldt and reported that during the first quarter of 2015, Humboldt's Performance Marketing business represented only 25% of Humboldt's total processing volume and yet accounted for 66% of the chargeback volume in Humboldt's entire merchant portfolio. Humboldt's Performance Marketing portfolio had an overall chargeback rate of 4.6%. And, the report found, "[c]hargebacks have increased markedly since the last review in 2013 due to Humboldt materially growing the 5968 continuity merchant base."

44. Humboldt insulated itself from financial losses from these high chargeback levels by imposing "reserves" on all Performance

Marketing accounts. Humboldt creates a reserve by setting aside a percentage of the sales proceeds processed by a merchant account. These funds are not immediately disbursed to the merchant but instead are held in a separate bank account for Humboldt and the Acquiring Bank to use to offset potential losses, such as chargebacks that exceed an account's sales or that trail an account's closure. By setting aside these reserves, Humboldt protects itself from the risk that it would be left liable for an amount of chargebacks that, if unpaid by the merchant, could be larger than the fees Humboldt earned on the account. As a result of this strategy, Humboldt typically netted money on Performance Marketing accounts even when they were shut down for excessive chargebacks and incurred trailing chargeback losses. As stated in internal notes from a 2022 meeting of Humboldt's risk team: "We may go through 100 bad accounts to get 10 good accounts, but we make money on all those accounts[.]"

45. Humboldt has sourced most of its Performance Marketing business through external, non-employee sales agents. To compensate agents, Humboldt pays them "residuals": a percentage of Humboldt's

net profits from the accounts referred by the agent. Humboldt's contracts with agents describe this as a "Revenue Share."

46. Humboldt's sales agents worked with sub-agents (also called "referral partners") to solicit Performance Marketing merchants. The sub-agents referred merchants to the sales agents who, in turn, referred them to Humboldt. Sales agents paid their sub-agents through residuals as well, paying the sub-agents a percentage of the residuals that the sales agents received from Humboldt.

47. Humboldt's first and second top sales agents for Performance Marketing accounts were National Bancard Services, LLC, which does business as Arc Payments ("Arc"), and Merchant Focus Processing, Inc. ("Merchant Focus"), respectively. Humboldt paid Arc and Merchant Focus residuals of up to 60% and 50%, respectively, on the Performance Marketing accounts they referred. Arc's owner was a close personal friend of Humboldt's President, and they had a secret financial arrangement where they split the residuals that Arc received from Humboldt.

48. Performance Marketing was Humboldt's most profitable business vertical, with revenue "margins" (a percentage of Humboldt's

revenue from the processing volume) of over 15% on Performance Marketing accounts, compared to 5% or less on other accounts.

49. In 2017, Humboldt's Performance Marketing business grew to account for more than half of Humboldt's total processing volume and approximately 80% of its overall profits. Driven by the Performance Marketing business, Humboldt's overall profits grew from approximately $7.5 million in 2014 to over $80 million in 2017.

## C. Humboldt's Knowledge of Illegal Conduct in its Performance Marketing Portfolio

50. As its Performance Marketing business expanded, Humboldt was warned by Mastercard and a senior Humboldt underwriter of systemic fraudulent and illegal conduct among the accounts, including widespread load balancing and transaction laundering through shell accounts.

### (1) Mastercard Reviews from 2017 to 2019 Exposed Extensive Load Balancing and Card Sharing in Humboldt's Portfolio

51. In 2017, Mastercard began to undertake a review of Humboldt's portfolio that identified a number of Humboldt merchants engaged in load balancing. In a report to Humboldt, Mastercard explained "[t]here were numerous instances observed of load balancing

among merchants in MCC 5968 Direct Marketing Continuity/Subscription Merchants.” The report described the practice of “load balancing” as follows:

> [W]here a merchant divides its transaction volume between multiple merchant accounts or Merchant ID numbers to keep its total number of transactions below Mastercard fraud monitoring and other compliance thresholds. In most of these instances, the use of multiple merchant accounts or Merchant ID numbers serves no legitimate business purpose and potentially introduces increased risk to the payments system. Such actions typically are intended to avoid detection for excessive fraud, excessive chargebacks, or both.

52. After further investigation, Mastercard in March 2018 exposed widespread suspected load balancing and card sharing activity across thousands of Humboldt accounts coded with MCC 5968, which were Performance Marketing accounts. In a report, Mastercard notified Humboldt that the merchants “operated a negative option billing business model around the sale of health and beauty products, which is often associated with deceptive practices that include load balancing . . . .”

53. In June 2018, Humboldt’s President discussed with another executive the “forced attrition [of accounts] by MasterCard” and the potential to lessen the immediate financial loss if “we . . . can drag our

feet on terminating the MC [Mastercard] cross sale merchants . . . ." (The practice of using the same credit card number to run transactions across multiple merchant accounts within a short period of time is sometimes referred to as card sharing, PAN (primary account number) sharing, or cross selling.)

54. In October 2018, Humboldt's President circulated to other executives Mastercard's bulletin about rule changes for MCC 5968 merchants (*see supra* ¶ 34). Mastercard's bulletin notified processors that these merchants "often" enrolled consumers into subscription plans without their knowledge and engaged in efforts to "disguise their activities" from banks and Mastercard:

> Mastercard has found that these high-risk merchants often engage in various behaviors designed to manipulate the cardholder into unknowingly signing up for a subscription service (subsequently making it difficult for the cardholder to cancel the subscription once enrolled.) In addition, these merchants often engage in practices designed to hide or disguise their activities from their acquirer, Mastercard, or both.

55. In February 2019, Mastercard notified Humboldt that another review revealed evidence of further ongoing and extensive load balancing and card sharing involving more than a thousand accounts.

56. In October 2019, Humboldt's President circulated to other executives an internal memo on "the closures in the 5968 vertical" and reported that thousands of Performance Marketing merchants in Humboldt's portfolio had been closed as a result of Mastercard's reviews. Humboldt's President explained that the accounts were closed because they were engaged in PAN sharing, projecting the lost sales volume in 2019 from having to close the accounts to be over $80 million.

### (2) Humboldt Senior Underwriter Warned of Extensive Shell Accounts from Preferred Sales Agents

57. Around the same time as Mastercard's reviews, a Humboldt senior underwriter warned Humboldt's management in 2019 that the underwriting department for years had been identifying patterns of accounts being "straws," accounts being engaged in "obvious load balancing," and sales being made through unauthorized and undisclosed websites.

58. In an April 2019 email to a Humboldt manager who oversaw risk and underwriting, the senior underwriter identified such patterns and explained how they are ignored, "especially" if the accounts are from "one of our special handling" sales agents:

> Clusters of apps coming with the same rep, same bank, same corp location, same fulfillment, same website format, same product type, same pricing, putting their home address on a business website, trial price points on a straight sale website, popular CBD pricing, obvious load balancing techniques, customer contacts who make it clear the website we have isn't the website they put the transaction through, obvious card sharing, calling the principal and they know nothing about their own business, the occasional CRM agreement which states the principal get[s] 1% o[f] the profits or a $500-$750 flat rate for use of their identity. I could keep going. We've been identifying these patterns to supervisor and manager for years and been told to ignore them, especially if they were one of our special handling reps. We have a written policy on how to underwrite and we've had numerous side conversations on how they really want us to underwrite.
>
> We've been sent to seminars that tell how to underwrite to be told not to use those techniques less than a couple weeks later as we were declining to[o] many accounts for being straws.
>
> We can most definitely identify these patterns and forward to you but it seems like it may get overwhelming as the vast majority of our accounts fall into multiple patterns.

59. The same underwriter also reported to Humboldt's management that internal details about underwriting decisions "historically . . . ha[ve] been shared with the sales partner[s]," which helps fraudulent merchants "restructure submissions" and "undermine[] risk procedures."

## D. Humboldt Continued to Open and Process for Performance Marketing Accounts Despite Indications of Pervasive Fraud

60. As Mastercard was identifying widespread load balancing and card sharing among its Performance Marketing accounts in 2018 and 2019, Humboldt continued pursuing the Performance Marketing business.

61. To accomplish this, Humboldt in 2020 reclassified its Performance Marketing accounts under a lower-risk MCC code and started boarding the accounts on NAB's BIN at the Acquiring Bank ("NAB BIN"). These steps avoided Mastercard's 5968 Rules (which took effect in April 2019) and enabled Humboldt to increase the sales volume processed through these accounts, respectively.

62. Humboldt continued to open thousands of Performance Marketing accounts from the same sales agents even though the accounts incurred chargebacks at rates almost ten times higher than the allowable thresholds used by the card brands and displayed clear signs of being shell accounts engaged in widespread transaction laundering.

### (1) Humboldt's Continued Pursuit of Performance Marketing Accounts

63. As it was forced by Mastercard to close thousands of Performance Marketing accounts (classified MCC 5968) in 2018 and 2019 causing profits to substantially drop, Humboldt began to grow back its Performance Marketing business to increase earnings.

64. In November 2018, Humboldt's President in connection with preparing a proposed budget for 2019 noted that although "[w]e are still boarding performance marketing 5968 at a nice rate . . . [,] we won't know until April 2019" (when Mastercard's 5968 Rule became effective) "whether that vertical will continue to grow. Right now it appears to be a coin flip."

65. The following year, in October 2019, Humboldt's President sent a text message to another officer that "Visa is rolling out new regs next year for 5968" and "[w]ho knows if they will want to conduct a portfolio review."

66. In January 2020, Humboldt's President prepared a revised budget for 2020 that now projected significant growth in monthly MCC 5968 account volume, from $9.8 million in January 2020 to $41 million in December 2020. In his 2020 annual performance evaluation,

Humboldt's President noted: "I went into 2020 with the goal of reviving the Performance Marketing vertical in Q1 which was necessary in order to meet 2020 plan." Similarly, in his 2021 annual performance review, Humboldt's President listed his "goals and defined objectives" for 2021 as including "[r]esuscitat[ing] the performance marketing vertical."

67. Humboldt's President directed a Humboldt officer who manages and oversees the underwriting and risk teams to grow the Performance Marketing vertical after that officer suggested on multiple occasions that Humboldt stop accepting Performance Marketing accounts given the risk they were shells.

68. Humboldt's management grew the Performance Marketing vertical even though they knew that its Performance Marketing accounts consistently incurred chargeback rates higher than the 1% thresholds used by the card brands.

69. In April 2020, Humboldt's President emailed other executives and explained that Humboldt would not be able to open any "trial/continuity in the health & beauty space" under a proposed sponsorship agreement with another Acquirer due to its a chargeback-ratio limit of 0.75% on each merchant, which would "essentially

exclude[]" the merchants in that space. In an apparent reference to load balancing, Humboldt's President explained how these merchants, despite their high chargeback ratios, evade the card brands' monitoring programs by keeping their monthly chargeback *counts* below the card brands' thresholds: "those merchants generally run above 1% but under chargeback threshold count (which we've discussed previously)."

**(2) Humboldt's Efforts to Circumvent Mastercard's 5968 Rule and Grow the Performance Marketing Vertical**

70. Humboldt undertook several actions beginning in 2020 to recapture and grow the Performance Marketing business it lost as a result of the Mastercard reviews of its portfolio.

71. *First*, Humboldt by early 2020 began to accept Performance Marketing merchants that submitted so-called "travel pack" applications. These applications were used by fraudulent merchants to mask negative-option trial billing, thereby evading Mastercard's 5968 Rule, by claiming that small-dollar transactions processed by accounts were for travel-size products—not trial offers.

72. *Second*, Humboldt classified Performance Marketing accounts under general, lower-risk MCCs (instead of MCC 5968) and then boarded these accounts onto NAB's lower-risk BIN at the

Acquiring Bank (instead of Humboldt's BIN at the Acquiring Bank). Humboldt took these steps to increase the accounts' "approval ratios"—the number of transactions authorized (i.e. attempted) compared to the number of transactions settled (i.e. not declined by issuing banks and actually processed)—thereby increasing the volume of transactions processed through Performance Marketing accounts. Humboldt knew these accounts had excessive chargeback rates but still continued boarding them on the NAB BIN under the lower-risk MCC codes.

*Humboldt Allows "Travel Packs"*

73. After Mastercard's 5968 Rules for negative-option trial merchants went into effect in April 2019, Humboldt began receiving "travel pack" applications from the same sales agents that had referred Performance Marketing accounts that were closed for fraudulent activity during the Mastercard reviews.

74. The travel pack applications listed merchant websites that were "front websites" or "bank pages," which are not the websites actually used by consumers. Instead, bank pages are set up by fraudsters to apply for and obtain merchant accounts, which are then used to launder transactions from different, undisclosed websites.

75. The bank pages identified in the travel pack applications claimed to sell small "travel" size products—for example, a one-day dose or two pills of a nutraceutical supplement, or 0.02 ounces of a skin cream—at low price points, such as $4.99 or $6.95, that correspond to introductory trial promotions used in negative option billing.

76. Bank pages for travel pack applications, however, were set up to look like single or straight sales of travel size products. The webpages were supposed to show no sign of products being sold through a negative-option trial offer.

77. An example is shown in Figure 2, which is a September 2021 screenshot of the URL "sayyourhealth.com," which was listed on an application for an account opened by Humboldt. The merchant website in Figure 2 claims to sell a "One week's supply Travel Size Bottle" for $4.95:

**FIGURE 2:**
**Screenshot of sayyourhealth.com**




78. By 2020, Humboldt's management decided to start approving "travel pack" applications even though they appeared intended to mask trial billing. In January 2020, after receiving a text message from another executive that "we have to hit [the 2020] plan," Humboldt's President responded that "changing our policy on accepting travel packs" "should help."

79. Around the same time, Humboldt also was focused on increasing its business with the sales agents whose accounts previously had been closed. In April 2020, in an email discussing "Daily Stats" on Humboldt's account applications and approvals, Humboldt's President

explained to another executive that increased application submissions were due to "a large effort . . . to earn back trust from existing sales and referral partners."

80. Humboldt opened the "travel pack" accounts under more general, lower-risk MCC codes for nutraceutical and cosmetic products, such as 5499, which is for "Miscellaneous Food Store – Convenience Store and Specialty Markets," and 5977 for "Cosmetic Stores," instead of MCC 5968.

81. Indeed, Humboldt completely stopped opening Performance Marketing accounts under MCC 5968 after 2019 and did not register *any* accounts with Mastercard as negative option billing merchants under Mastercard's 5968 Rules. Humboldt's President told another executive that classifying Performance Marketing accounts with the lower-risk MCC 5499 also had the potential "benefit" of increasing sales volume, because MCC 5499 "has historically had higher [approval] ratios" than MCC 5968.

82. Humboldt's management made sales agents aware that "travel pack" applications would not be flagged by Humboldt's underwriting as potential trial merchants and instructed sales agents

that the websites used with the applications should use "Travel Size verbiage."

83. For example, in January 2021, a Humboldt manager who oversaw risk and underwriting emailed Arc, Humboldt's top sales agents for Performance Marketing accounts, and directed that the website in an application submitted by Arc be revised to use "Travel Size verbiage" to describe a "smaller product option," instead of using the term "Sample size," which "implies Trial" and would be flagged by Humboldt's underwriting. Arc relayed these directions to its referral sources, describing "travel pack" as a kind of a "non-true trial business model" in an email to a primary sub-agent.

84. In other instances, Humboldt instructed merchants to specifically remove all instances of the word "trial" and replace them with the word "travel." For example, internal records reflect that a Humboldt employee provided the following instructions to a merchant in response to an application submitted in December 2022: "Replace the word trial on products to travel (ex. NO2-Trial, protein powder trial)" and "remove trial offer from terms and conditions when referring to products (replace with travel)."

85. Humboldt was aware that "travel pack" accounts were used to process negative option trial transactions. Humboldt's internal risk meeting notes from August 2021 reported that accounts selling only "travel packs" were "commonly used to hide trials." Humboldt also received notices of fines from Mastercard that it assessed on "travel pack" accounts that were discovered to be engaged in unapproved high-risk negative-option billing practices. Nevertheless, Humboldt continued to process transactions for travel pack accounts through at least 2022.

*Humboldt Boards Performance Marketing Accounts on the NAB BIN*

86. Despite its decision to allow "travel pack" accounts and to open accounts under MCC 5499, Humboldt's Performance Marketing business did not meet financial projections through the first half of 2020.

87. During this time, Humboldt's President discussed with other executives that an impediment to Humboldt's growth was that MCC 5499 accounts on Humboldt's BIN had a lower percentage of their attempted transactions approved (instead of declined) for payment—a metric referred to as an "authorization rate" or an "approval ratio"—

when compared to 5499 accounts that were on lower-risk BINs, such as NAB's BIN at the Acquiring Bank. An internal document prepared by Humboldt's President in September 2020 explained that "many issuers have labeled" Humboldt "as having a 'bad BIN', of which the primary cause is that we have segregated our high-risk business from our low-risk business." (That is, Humboldt's high-risk business was segregated onto the Humboldt BIN, while NAB's low-risk business was on the NAB BIN.) The result was that "NAB['s BIN] outperforms HMS by 34%" according to "a comparative analysis on MCC 5499" merchants.

88. By October 2020 Humboldt began boarding Performance Marketing accounts classified as MCC 5499 onto the NAB BIN.

89. Humboldt directed its sales agents to make sure travel pack accounts were using "EPX branded application[s]" so they could be placed on the NAB BIN. For example, in a November 2020 email, Arc directed a sub-agent: "So for all nutra, HMS [Humboldt] wants us using the [NAB] branded application and supporting docs going forward. The only exception is if they have trial (not travel pack but a true trial billing model) which we [sic] still use the HMS branded application."

90. Around the same time that Humboldt started boarding Performance Marketing accounts onto the NAB BIN, Humboldt changed its internal risk policies to make them more lenient and conducive for merchants engaged in load balancing techniques, by raising Humboldt's internal limit on an individual account's chargeback rate from 5% to 9% so long as the account's monthly chargeback *counts* did not approach the thresholds used by the card brands to trigger placing merchants in their monitoring programs.

91. Humboldt's efforts were successful, and a large number of its Performance Marketing accounts were boarded onto the NAB BIN. The number of Performance Accounts referred by Arc and Merchant Focus that were opened on NAB BIN spiked in 2021. Figure 3 shows that the number of open Arc and Merchant Focus accounts on the NAB BIN increased from 80 in December 2020 to 750 in October 2021, while the number of open Arc and Merchant Focus accounts on Humboldt's BIN decreased. As the number of Arc and Merchant Focus accounts spiked from December 2020 to October 2021, virtually no accounts were opened on the NAB BIN by any of Humboldt's other top-referring sales agents.

**FIGURE 3:**
**Number of Open Arc and Merchant Focus Accounts by BIN**
**(Dec. 2020 to Oct. 2021)**




92. As this shift to the NAB BIN was occurring, Humboldt's President emailed other executives in January 2021 with "an analysis showing approval ratios for Performance Marketing merchants," reporting "that the [NAB BIN] approves at 82% and [Humboldt's BIN] approves at 47%." He further explained: "The merchants that were chosen for the analysis are about as similar as they come. In addition to sharing the same payment data points (MCCs, ticket sizes, and average

processing volumes), they also sell the same products, and share referral and traffic sources."

93. Humboldt used the prospect of increased approval ratios to solicit more Performance Marketing business. In a January 2021 email to other executives, Humboldt's President explained that Performance Marketing merchants decide which accounts "to route transactions" through based on "approval ratio metrics [they receive] from the CRMs . . . ." (CRMs refer to third-party entities known as "customer relationship managers," used by Performance Marketing merchants for transaction management services, including tools that enable merchants to route transactions across multiple merchant accounts at different processors.)

94. The importance of higher approval ratios was also discussed in chat messages between Arc's owner and his referral sources. For example, in a September 2022 chat message, Arc's owner told a leading sub-agent that "if we can get the higher approval ratios, you know guys will use those MID's [merchant accounts] first[.]" The sub-agent responded: "yea approvals [sic] rates seem to be the name of the game right now."

95. As a result of these efforts, Humboldt's revenues from Performance Marketing accounts classified with lower-risk MCCs 5499 and 5977 increased from approximately $30 million in 2020 to approximately $50 million in 2021.

96. By mid-2021, Humboldt's Performance Marketing accounts on NAB's BIN collectively had a chargeback rate of over 7%, which was almost 100 times higher than the NAB BIN's overall chargeback rate of 0.08%. In June 2021, a risk officer reported that Humboldt's accounts on the NAB BIN had "high return and chargeback percentages based on the type of merchants they have been boarding (nutra)." Humboldt's MCC 5499 accounts on NAB's BIN processed more than $19 million from January 2021 through May 2021 with a chargeback rate of over 7%, while the other MCC 5499 accounts on NAB's BIN (excluding the Humboldt accounts) had a chargeback rate of just 0.02%.

**(3) Humboldt Continued to Open Performance Marketing Accounts Despite Clear Indications They Were Shell Accounts**

*Humboldt's Performance Marketing Business Largely Came from Two Sales Agents*

97. Most of Humboldt's Performance Marketing accounts came from two sales agents, Arc and Merchant Focus. For years, Humboldt

continued to open thousands of Performance Marketing accounts from these two agents even though the accounts they referred consistently incurred chargebacks at rates almost ten times higher than thresholds used by the card brands and displayed clear signs of being shell accounts involved in transaction laundering. Humboldt continued to rely on referrals from Arc and Merchant Focus to grow its Performance Marketing business through 2023 (until after Humboldt learned of the FTC's investigation).

98. From 2020 to December 2023, Arc and Merchant Focus accounts together accounted for more than 70% of Humboldt's total processing volume referred by its principal sales agents (those who referred 100 or more accounts during this period).

99. The accounts referred by both Arc and Merchant Focus consistently had excessive levels of chargebacks and credit card decline rates, which are indicators of fraudulent or deceptive practices. For example, from December 2020 to December 2023, the overall chargeback rate (calculated by dollar amount of chargebacks divided by gross sales) of accounts referred by Arc and Merchant Focus during that time period was each over 12%.

100. Additionally, the two top chargeback reason codes, by a large margin, for chargebacks on accounts referred by Arc and Merchant Focus were Visa Reason Code 10.4 ("Other Fraud-Card Absent Environment") and Mastercard Reason Code 4837 ("No Cardholder Authorization").

101. From December 2020 to December 2023, the overall decline rates (calculated by the number of declined transactions over the number of attempted transactions) for accounts referred by Arc and Merchant Focus during that time period was approximately 76% and 64%, respectively. In other words, issuing banks were declining attempted transactions from merchants referred by Arc and Merchant Focus at a 60% rate or higher during this period.

102. The account applications referred by both Arc and Merchant Focus often listed recently-formed entities (such as limited liability companies or "LLCs") with no prior business or sales history; UPS store mailboxes as their business addresses; and nearly all of the business's core operations, such as product fulfillment, customer relationship management, customer service, and advertising or affiliate marketing, performed by third parties. In addition, virtually all the applications

from Arc and Merchant Focus sought and were approved for accounts that were limited to processing no more than $100,000 per month.

103. The accounts referred by Arc and Merchant Focus were usually closed less than a year after they were opened. Most of these accounts were closed for "excessive chargebacks" or "Unacceptable Level of Risk," which is the description Humboldt used for closures for transaction laundering or engaging in unauthorized trials.

104. Additionally, throughout 2021, 2022, and 2023, Humboldt's management had repeated discussions with Arc's owner about patterns and connections among Arc's referrals indicative of straw accounts. These connections included account applications for LLCs having a similar naming convention along with similar website templates and URLs.

105. For example, in October 2021, Humboldt's management listed accounts opened by LLCs that were engaged in nearly identical processing activity; that had formulaic entity names that shared unusual words (such as "Crest," "Dream," "Gardens," "Grinds," "Standings," "Venturing," and "Vines"); and that had websites with URLs beginning with the word "get." These patterns are displayed in

Figure 4, which is an excerpt of a spreadsheet that Humboldt's management sent to Arc's owner. The patterns of common words in the LLC names were highlighted in different colors by Humboldt.

**FIGURE 4:**
**Excerpt of Spreadsheet Sent by Humboldt's Management to Arc in October 2021**

| LBN | URL | URL (2) |
|---|---|---|
| Safana Glossy Dream LLC | getsefanapump.com | getsyafirapump.com |
| Soarna Rested Advertising LLC | getsoarnapump.com | getswalehapump.com |
| Anayna Icy Vines LLC | getaaynapump.com | getavahnapump |
| Mecole Gypse Venturing LLC | getmodztacream.com | getmecolecream.com |
| Domira Young Crest LLC | getdomirapump.com | getdomiraslim.com |
| Deblina Hopes Gardens LLC | deblinaderm.com | getdeblinacream.com |
| Avahna Kinder Grinds LLC | getaaynacream.com | getavahnacream.com |
| Modzla Scally Company LLC | getmodztapump.com | getmecolepump.com |
| Swaleha Jolly Grinds LLC | getsoarnacream.com | getswalehacream.com |
| Spafty Jummping Gardens LLc | getslausypump.com | getspaftypump.com |
| Diamon Vintage Harmony LLC | getduniyacream.com | getdiamoncream.com |
| Duniya Koala Standings LLC | getduniyapump.com | getduniyapump.com |
| Syafira Kind Makings LLC | getsyafiracream.com | getsefanacream.com |
| Pyriel Zaya Arches LLC | getplaskipump.com | getpyrielpump.com |
| Slausy Runny Freedom LLC | getspaftycream.com | getslausycream.com |
| Meddina Glowing Vines LLC | meddinatrim.com | meddinablast.com |
| Mojay Pearl Dreams LLC | getmojayserum.com | buymojayderm.com |
| Slabem Ewan Breeze LLC | getslabencream.com | getsudykacream |
| Sudyka Lili Venturing LLC | getslabenpump.com | sudykaignite.com |
| Plaski Rio Blooms LLC | getplaskicream.com | getpyrielcream.com |
| Jacion Geese Marketing LLC | getjacionglow.com | getjulainbalm.com |
| Drakkon Fresh Standings | drakkonfitgear.com | N/A |
| Doctrix Toasted Rays LLC | getdoctrixtrim.com | N/A |
| Doctrix Toasted Rays LLC | getdoctrixglow.com | N/A |
| Julain Awning Crest LLC | getjulaincharge.com | getjulaintrim.com |

106. Then, more than half a year later, in August 2022, a Humboldt manager emailed Arc's owner describing the same patterns involving similar URL and entity names continuing to occur among Arc's accounts:

> We are seeing these similar DBA setups coming through again and we are seeing similarities in their processing . . . . These 'Get', 'buy' or 'try' commonalities in the DBA and URL's. I do not know what referral sources these are from, but they are following patterns we have seen previously. . . . I would recommend your team watch the common URL and DBAs be submitted and from where they are coming from. Might need to have a convo with those sources or firm action based on your findings.

107. Despite these red flags, Humboldt continued to open accounts from Arc even after Arc refused to identify the sources of shell accounts onboarded at Humboldt.

*Humboldt Opened Over a Thousand Shell Accounts Connected to at Least One Known Credit Card Laundering Network*

108. From January 2021 through 2023, Humboldt opened more than one thousand accounts for merchants referred by Arc and Merchant Focus that were shell entities set up to engage in transaction laundering by an organization named Reseller Consultants, Inc. ("Reseller Consultants").

109. Reseller Consultants recruited individuals across the country to serve as straw signers for shell accounts controlled by third parties referred to as "advertisers." Most of the "advertisers" that paid Reseller Consultants to secure straw signers were "in the nutra space

(skin care, diet products, muscle products, etc)[,]" according to an internal document prepared by Reseller Consultants' owner.

110. For example, one "advertiser" that paid Reseller Consultants to secure straw signers was a group of entities controlled by a United Kingdom resident, Harshil Topiwala, according to a complaint filed by the FTC in June 2024. *See FTC v. Legion Media, LLC*, No. 8:24-cv-1459 (M.D. Fla. June 17, 2024), ECF No. 1. As alleged in the complaint, Topiwala and entities he controlled (the "Legion Media Defendants") participated in business impersonation scams where consumers received communications appearing to be from known businesses inviting them to pay a small shipping fee for a supposedly free "gift" online. However, after consumers used their credit and debit cards to pay a fee, they incurred recurring unauthorized charges on their cards. The Legion Media Defendants facilitated the scams by securing merchant accounts using shell entities from Reseller Consultants to process the unauthorized online charges. The complaint alleged violations of the FTC Act, the Restore Online Shoppers' Confidence Act, 15 U.S.C. §§ 8401-05, and the Electronic Fund Transfer Act, 15 U.S.C. § 1693e(a), and Regulation E, 12 C.F.R. § 1005.10(b).

111. On June 18, 2024, the court granted the FTC's motion for an *ex parte* temporary restraining order and froze defendants' assets and placed the Legion Media companies in a temporary receivership. On September 16, 2024, the court entered stipulated orders against the Legion Media Defendants that permanently shut down their operations and required the forfeiture of assets.

112. Reseller Consultants recruited individuals by promising they can earn $750 dollars a month without having to use any of their own money by becoming "resellers" on merchant accounts used by "advertisers" to sell products online. Reseller Consultants directed the signers to form an LLC and open a mailbox at a UPS store and a corporate bank account in the name of the newly formed LLC.

113. In at least one instance, one of the individuals recruited by Reseller Consultants described to Humboldt (during efforts to collect an overdue account balance) how the shell accounts were set up. In August 2021, a Humboldt manager relayed to Arc's owner what the signer had reported to Humboldt, while suggesting only that Arc's owner "might need to review the referral source":

> [H]e said they called him to check his credit score, they had him set up an LLC at the bank and a box at the post office,

> and they kept over drafting his account. They were to pay him 750.00 per month for the use of the account.

114. The "advertisers," not the "resellers," built websites in the names of the shell entities and then used them in applications for merchant accounts. The "resellers'" involvement was limited to signing the applications. If an ISO or bank happened to ask questions, Reseller Consultants coached the "resellers" through the call. According to an internal document prepared by Reseller Consultants' owner, "[t]he advertisers are provided full access to the reseller bank accounts" and "will manage the day to day activity of the account" even though the advertisers "[n]ever actually are signers or owners of the bank account."

115. In December 2023, the United States Department of Justice filed a complaint under seal against Reseller Consultants and others to "enjoin the ongoing commission of criminal wire fraud and bank fraud and conspiracy to commit those offenses in violation of 18 U.S.C. §§ 1343, 1344, and 1349." *United States v. CB Surety LLC*, No. 2:23-cv-2812 (E.D. Cal. Dec. 1, 2023). In January 2024, the court issued a preliminary injunction, placing Reseller Consultants in a temporary receivership and freezing its assets.

116. The shell entities set up by Reseller Consultants have a unique, formulaic naming convention where the entity's name consists of three seemingly unrelated words, with the first letter of the entity's name being the same as the first letter of the signer's first name. In addition, the entities' names shared unusual words (including those previously identified as patterns by Humboldt's management, *see supra* ¶ 124, Fig. 4). This naming pattern is illustrated in Appendix A hereto, which lists these shell accounts opened by Humboldt, identifying them by legal entity name and setting forth the number of merchant accounts that Humboldt opened for each legal entity.

117. Humboldt processed at least $139 million through these shell accounts from January 2021 through January 2024, with the accounts comprising approximately 25% of all transactions processed by Humboldt from Arc and Merchant Focus accounts during this time.

118. Consumers incurred unauthorized charges directly linked to shell accounts identified in Appendix A. Consumer complaints referring to entity or DBA names listed on shell account applications report similar incidents of incurring unauthorized charges after ordering

online purported health and cosmetic products (including cannabidiol-related or "CBD" related products).

119. Other consumer complaints referring to the DBA names report similar business impersonation scams. These scams involve communications sent to consumers that purport to be from known businesses inviting them to enter an online sweepstakes, fill out a survey for a reward, or claim a supposedly "free" gift they won. However, after consumers used their credit and debit cards to pay a small fee, they incurred recurring unauthorized charges on their cards.

120. Based on the facts and violations of law alleged in this Complaint, the FTC has reason to believe that Defendant is violating or are about to violate laws enforced by the FTC because, among other things:

A. Defendant engaged in its unlawful acts and practices repeatedly over a period of several years;

B. Defendant earned significant revenues from participating in these unlawful acts and practices;

C. To the extent that Defendant stopped certain unlawful conduct, Defendant did so only after learning that the FTC was investigating its conduct; and

D. Defendant remains in the payment processing business and maintains the means, ability, and incentive to resume its unlawful conduct.

## VIOLATIONS OF THE FTC ACT

121. Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits "unfair or deceptive acts or practices in or affecting commerce." Acts or practices are unfair under Section 5 of the FTC Act if they cause or are likely to cause substantial injury to consumers that consumers cannot reasonably avoid themselves and that is not outweighed by countervailing benefits to consumers or competition. 15 U.S.C. § 45(n).

## COUNT I – UNFAIR PAYMENT PROCESSING PRACTICES

122. In numerous instances, Defendant has:

(a) Opened or maintained payment processing accounts for merchants that Defendant knew or should have known were shell companies or engaged in fraud;

(b) Processed transactions to consumers' credit card or debit card accounts for merchants that Defendant knew or should have known were shell companies or engaged in fraud;

(c) Failed to timely terminate merchants that Defendant knew or should have known were shell companies or engaged in fraud; and

(d) Ignored evidence of fraudulent activity on merchant accounts, including that accounts were shell companies.

123. Defendant's acts or practices cause or are likely to cause substantial injury to consumers that consumers cannot reasonably avoid themselves and that is not outweighed by countervailing benefits to consumers or competition.

124. Therefore, Defendant's acts or practices as described in Paragraph 122 constitute unfair acts or practices in violation of Section 5 of the FTC Act, 15 U.S.C. § 45(a), (n).

## CONSUMER INJURY

125. Consumers have suffered substantial injury as a result of Defendant's violations of the FTC Act. Absent injunctive relief by this

Court, Defendant is likely to continue to injure consumers and harm the public interest.

## PRAYER FOR RELIEF

Wherefore, Plaintiff requests that the Court:

A. Enter a permanent injunction to prevent future violations of the FTC Act; and

B. Award any additional relief as the Court determines to be just and proper.

Respectfully submitted,

Dated: September 8, 2026

s/ Darren Lubetzky_______________
Darren Lubetzky (NY Bar #4932976)
Vikram Jagadish (NY Bar # 5516588)
Christopher Y. Miller
(NY Bar #3983160)
Pursuant to Local Rule 83.20(g)

Federal Trade Commission
Northeast Regional Office
One Bowling Green, Suite 318
New York, NY 10004
Email: dlubetzky@ftc.gov
Email: vjagadish@ftc.gov
Email: cmiller@ftc.gov
Tel: (212) 607-2808

Attorneys for Plaintiff Federal Trade Commission

Local Counsel for the
Federal Trade Commission

Kevin R. Erskine
Chief, Civil Division
United States Attorney's Office
Eastern District of Michigan
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Email: Kevin.Erskine@usdoj.gov
Office phone: (313) 226-961

# Appendix A

*Federal Trade Commission v. 5967 Ventures, LLC*

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 1 | 4Store Ventures Inc | 1 |
| 2 | Aag Lane Health LLC | 2 |
| 3 | Aamair Noice Venturing LLC | 2 |
| 4 | Aaquil Creative Group LLC | 1 |
| 5 | Aarome Quan Creations LLC | 1 |
| 6 | Aatamia Tia Group LLC | 2 |
| 7 | Aaura Fizzy Dreams LLC | 2 |
| 8 | Aavony Kinder Harvest LLC | 2 |
| 9 | Aavya Crusing Shores LLC | 1 |
| 10 | Aayna Icy Vines LLC | 1 |
| 11 | Aazan Grace Standings LLC | 1 |
| 12 | Abadia Misted Harmony LLC | 2 |
| 13 | Abale Marketing Creations LLC | 2 |
| 14 | Abatuto Ness Ventures LLC | 2 |
| 15 | Abb Grain Nutrition LLC | 2 |
| 16 | Abeel Local Makings LLC | 1 |
| 17 | Abelia Lane Group LLC | 1 |
| 18 | Abiade Demi Media LLC | 2 |
| 19 | Abidur Lily Group LLC | 2 |
| 20 | Ablawa Laana Waves LLC | 2 |
| 21 | Ablox Flow Creations LLC | 1 |
| 22 | Absical Browning Systems LLC | 2 |
| 23 | Acarmia Pearl Company LLC | 4 |
| 24 | Acava Willow Sales LLC | 2 |
| 25 | Acelita Greek Knolls LLC | 4 |
| 26 | Acellus Bending Standings LLC | 4 |
| 27 | Acetty Tate Media LLC | 2 |
| 28 | Achuil Cole Global LLC | 3 |
| 29 | Ackenz Positive Services LLC | 1 |
| 30 | Actimel Creative Group LLC | 2 |
| 31 | Aculio Urban Mantra LLC | 2 |
| 32 | Adacia Savy Waves LLC | 1 |
| 33 | Adalius Cooling Sunshine LLC | 4 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 34 | Adalon Popular Beauty LLC | 1 |
| 35 | Adeenix Lacy National LLC | 2 |
| 36 | Adesola Longlife Company LLC | 1 |
| 37 | Adross Lasting Ventures LLC | 2 |
| 38 | Aeriyon Colorful Venturing LLC | 2 |
| 39 | Aethan Jib Marketing LLC | 1 |
| 40 | Afeera Lea Group LLC | 1 |
| 41 | Afolayan Brilliant Makings LLC | 1 |
| 42 | Afryna Legend Media LLC | 1 |
| 43 | Agcara Zee Wisdom LLC | 1 |
| 44 | Aguita Roman Harmony LLC | 1 |
| 45 | Ahania Milo Grinds LLC | 1 |
| 46 | Aheyo Union Creations LLC | 1 |
| 47 | Ahg Lasting Crest LLC | 3 |
| 48 | Ahvey Rising Marketing LLC | 2 |
| 49 | Aimviz Inc | 1 |
| 50 | Ajh Crest Group LLC | 2 |
| 51 | Ajway Gaia Pines LLC | 1 |
| 52 | Akamai Lear Media LLC | 1 |
| 53 | Akinia Gea Makings LLC | 1 |
| 54 | Ameire Drifed Makings LLC | 2 |
| 55 | Apoleo Clear Ventures LLC | 1 |
| 56 | Aquira Grace Force LLC | 2 |
| 57 | Aradune Evan Force LLC | 1 |
| 58 | Arafa Peace Breeze LLC | 2 |
| 59 | Arepo Xeno Dreams LLC | 1 |
| 60 | Asado Productive Creations LLC | 1 |
| 61 | Ashoo Jumping Advertising LLC | 1 |
| 62 | Ataraxy Dante Media LLC | 2 |
| 63 | Atherva Jolly Gardens LLC | 2 |
| 64 | Athlan Treasured Ventures LLC | 1 |
| 65 | Attelia Media Sales LLC | 2 |
| 66 | Aubrea Natural Marketing LLC | 1 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 67 | Augur Kinder Venturing LLC | 1 |
| 68 | Autumn Moves LLC | 1 |
| 69 | Avahna Kinder Grinds LLC | 1 |
| 70 | Avalanna Vintage Media LLC | 1 |
| 71 | Avalith Kali Dreams LLC | 1 |
| 72 | Avander Oscar Yearning LLC | 1 |
| 73 | Avant Gaff Venturing LLC | 1 |
| 74 | Averey Oxford Company LLC | 1 |
| 75 | Aviate Normal Force LLC | 1 |
| 76 | Avigai Hoping Media LLC | 2 |
| 77 | Awardal Sans Flowers LLC | 1 |
| 78 | Awert Rolling Branches LLC | 1 |
| 79 | Awwmit Ruby Media LLC | 1 |
| 80 | Axtin Lasting Skys LLC | 2 |
| 81 | Aybeniz Flash Marketing LLC | 1 |
| 82 | Azavier Theo Creations LLC | 1 |
| 83 | Azina Profound Sales LLC | 2 |
| 84 | Azrin Kelis Consulting LLC | 3 |
| 85 | Azrina Yearney Company LLC | 2 |
| 86 | Aztuvi Finna Opals LLC | 4 |
| 87 | Babilla Rocking Advertising LLC | 2 |
| 88 | Babita Nocking Mantra LLC | 2 |
| 89 | Bacala Peaceful Ventures LLC | 1 |
| 90 | Bacau Fairly Company LLC | 2 |
| 91 | Bachata Qib Group LLC | 1 |
| 92 | Badejo Ollie Ventures LLC | 2 |
| 93 | Badres Hazel Wisdom LLC | 1 |
| 94 | Baelyn Swag Pines LLC | 3 |
| 95 | Bahour Vented Advertising LLC | 2 |
| 96 | Bahtzee Urban Shores LLC | 4 |
| 97 | Baistin Ruby Knolls LLC | 2 |
| 98 | Baixue Arc Waves LLC | 2 |
| 99 | Bajedo Pip Hope LLC | 2 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 100 | Bakiza Alluring Dreams LLC | 4 |
| 101 | Balanza Kinder Vines LLC | 2 |
| 102 | Balbina Treasured Group LLC | 2 |
| 103 | Balconia Hoden Vines LLC | 1 |
| 104 | Banlete Wave Flowers LLC | 2 |
| 105 | Bantan Angelic Wisdom LLC | 2 |
| 106 | Baoyen Misted Advertising LLC | 4 |
| 107 | Be Young Corp | 2 |
| 108 | Beacon Miracle Company LLC | 1 |
| 109 | Beaming Arches Sales LLC | 2 |
| 110 | Beaula Val Company LLC | 1 |
| 111 | Bebesta Halo Marketing LLC | 2 |
| 112 | Becci Starry Company LLC | 1 |
| 113 | Beccre Rosey Harvest LLC | 4 |
| 114 | Beckley Xen Industries LLC | 3 |
| 115 | Beckta Otis Media LLC | 1 |
| 116 | Bedina Krafty Freedoms LLC | 1 |
| 117 | Beibi Eclipse Sales LLC | 2 |
| 118 | Biando Lawl Media LLC | 1 |
| 119 | Biezbo Kai Greens LLC | 1 |
| 120 | Bifana Caress Ventures LLC | 1 |
| 121 | Bobak Jetting Sales LLC | 1 |
| 122 | Bodary Nautical Sales LLC | 1 |
| 123 | Boffola Remy Crest LLC | 2 |
| 124 | Bracher Striving Marketing LLC | 1 |
| 125 | Braddaz Jaring Company LLC | 1 |
| 126 | Bth Arching Lands LLC | 3 |
| 127 | Buboa Lily Dreams LLC | 1 |
| 128 | Bubska Lucky Advertising LLC | 1 |
| 129 | Bufalus Kara Media LLC | 1 |
| 130 | Bunzor Pleb American LLC | 4 |
| 131 | Byerly Vibe Associates LLC | 3 |
| 132 | Byford Daring Media LLC | 2 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 133 | Cabral Bright Ventures LLC | 1 |
| 134 | Cabual Klassic Blooms LLC | 2 |
| 135 | Cadelyn Nova Ambers LLC | 1 |
| 136 | Cahsia Owl Gardens LLC | 2 |
| 137 | Caitren Heavy Strategies LLC | 2 |
| 138 | Caliyah Nacky Harmony LLC | 2 |
| 139 | Calvey Sweet Ventures LLC | 2 |
| 140 | Camaira Krafty Yearning LLC | 2 |
| 141 | Canson Rolling Willows LLC | 2 |
| 142 | Carima Star Brands LLC | 2 |
| 143 | Ceaira Rocky Media LLC | 1 |
| 144 | Ceann Lifting Advertising LLC | 1 |
| 145 | Cedalia Jaring Group LLC | 1 |
| 146 | Cederian Kali Media LLC | 2 |
| 147 | Cedra Rustic Blooms LLC | 2 |
| 148 | Cehlie Massi Skys LLC | 2 |
| 149 | Celeny Teal Nights LLC | 1 |
| 150 | Celissa Lasting Force LLC | 1 |
| 151 | Cemara Daring Wilderness LLC | 1 |
| 152 | Cenovia Positive Harmony LLC | 2 |
| 153 | Cenzina Young Blooms LLC | 2 |
| 154 | Cevel Local Marketing LLC | 1 |
| 155 | Cezzan Vibe Wilderness LLC | 2 |
| 156 | Challey Yearney Waves LLC | 2 |
| 157 | Chioni Daring Rounds LLC | 1 |
| 158 | Ciagan Piao Group LLC | 1 |
| 159 | Cibo Rocking Makings | 1 |
| 160 | Cicren Loaf Makings LLC | 1 |
| 161 | Cilentia Ventures Inc | 1 |
| 162 | Cimmara Wicked Horizons LLC | 1 |
| 163 | Cinmy Positive Ventures LLC | 2 |
| 164 | Cinter Alley Waves LLC | 1 |
| 165 | Ck Supplements Inc | 1 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 166 | Clade Beaming Sales LLC | 1 |
| 167 | Clain Marketing Company LLC | 2 |
| 168 | Clarkia Freedom Marketing LLC | 1 |
| 169 | Clavida Rosey Adventures LLC | 1 |
| 170 | Coaching Creative Media LLC | 1 |
| 171 | Cobee Venturing Enterprises LLC | 2 |
| 172 | Coday Bucket Adventures LLC | 1 |
| 173 | Coeli Savy Makings LLC | 1 |
| 174 | Colasia Starry Brilliance LLC | 1 |
| 175 | Colena Oli Blooms LLC | 1 |
| 176 | Colorful Hills LLC | 1 |
| 177 | Cooling Grinds LLC | 1 |
| 178 | Cragle Twinkle Journey LLC | 1 |
| 179 | Craiper Melody Winds LLC | 1 |
| 180 | Cravyn Arching Group LLC | 1 |
| 181 | Craya Igloo Pines LLC | 2 |
| 182 | Creble Essay Gardens LLC | 1 |
| 183 | Crysa Ruby Mantra LLC | 1 |
| 184 | Cubesis Pom Creations LLC | 2 |
| 185 | Cudderin Qais Sales LLC | 1 |
| 186 | Cuhryn Kelis Marketing LLC | 2 |
| 187 | Cullars Jetted Horizons LLC | 2 |
| 188 | Cullen Rubey Advertising LLC | 1 |
| 189 | Curman Berry Paths LLC | 2 |
| 190 | Cutting Binds LLC | 1 |
| 191 | Cuzzar Vented Minds LLC | 4 |
| 192 | Cyade Oak Ventures LLC | 1 |
| 193 | Cyalista Pom Group LLC | 1 |
| 194 | Cyncier Zaya Creations LLC | 1 |
| 195 | Cyort Zipped Ventures LLC | 2 |
| 196 | Cyraih Base Maze LLC | 2 |
| 197 | Cyress Rosey Enterprise LLC | 2 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 198 | Cyrian Rustic Wilderness LLC | 4 |
| 199 | Cztier Ace Makings LLC | 3 |
| 200 | Dabess Koala Group LLC | 1 |
| 201 | Dabin Harvesting Ambers LLC | 3 |
| 202 | Dabira Lucia Willow LLC | 1 |
| 203 | Dable Radiant Venturing LLC | 2 |
| 204 | Dacen Halo Breeze LLC | 2 |
| 205 | Dacey Creative Ventures LLC | 2 |
| 206 | Daeleah Beauty Standings LLC | 2 |
| 207 | Dafta Creative Marketing LLC | 1 |
| 208 | Dahlyla Kindest Makings LLC | 2 |
| 209 | Dairion Grace Advertising LLC | 1 |
| 210 | Dairre Arching Wisdom LLC | 1 |
| 211 | Dajane Positive Scene LLC | 1 |
| 212 | Dakodi Trance Media LLC | 3 |
| 213 | Daleth Goat Creations LLC | 2 |
| 214 | Damaira Oak Group LLC | 2 |
| 215 | Danadie Crown Beams LLC | 4 |
| 216 | Danelda Bass Creations LLC | 2 |
| 217 | Dannard Venting Advertising LLC | 2 |
| 218 | Daring Brilliance LLC | 2 |
| 219 | Deacy Motivated Solstice LLC | 1 |
| 220 | Deafore Niko Marketing LLC | 1 |
| 221 | Dealcon Tate Advertising LLC | 1 |
| 222 | Dealof Clara Ventures LLC | 1 |
| 223 | Dealsy Liv Blooms LLC | 1 |
| 224 | Deanzo Lyba Group LLC | 1 |
| 225 | Deasa Abstract Horizon LLC | 1 |
| 226 | Deasley Poppy Creations LLC | 1 |
| 227 | Deasy Quirky Ventures LLC | 1 |
| 228 | Debann Local Group LLC | 2 |
| 229 | Debria Intense Harmony LLC | 2 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 230 | Deetch Jubi Pines LLC | 2 |
| 231 | Degamo Nice Ventures LLC | 2 |
| 232 | Dejaye Alluring Creations LLC | 1 |
| 233 | Delanah Willow Marketing LLC | 2 |
| 234 | Diabro Kitty Harmony LLC | 2 |
| 235 | Diaconia Awesome Pines LLC | 1 |
| 236 | Diagon Vented Sales LLC | 1 |
| 237 | Diamine Path Marketing LLC | 1 |
| 238 | Diamon Vintage Harmony LLC | 1 |
| 239 | Dianara Rising Advertising LLC | 1 |
| 240 | Dicasali Koala Ways LLC | 4 |
| 241 | Dk Trinity American LLC | 1 |
| 242 | Dmb Arching Media LLC | 2 |
| 243 | Dobert Bold Freedom LLC | 2 |
| 244 | Doctrix Toasted Rays LLC | 2 |
| 245 | Doffins Venting Wilderness LLC | 1 |
| 246 | Domira Young Crest LLC | 1 |
| 247 | Donnery Colorful Blooms LLC | 1 |
| 248 | Dotted Wings LLC | 1 |
| 249 | Drade Jetted Ventures LLC | 1 |
| 250 | Drafin Zipped Company LLC | 1 |
| 251 | Drafton Crown Lands LLC | 1 |
| 252 | Dragily Growing Standings LLC | 2 |
| 253 | Draken Rustic Group LLC | 1 |
| 254 | Drakkon Fresh Standings LLC | 1 |
| 255 | Drakona Beaming Gardens LLC | 1 |
| 256 | Drapin Kool Wisdom LLC | 1 |
| 257 | Drate Toasted Minds LLC | 1 |
| 258 | Draxy Coaching Sales LLC | 1 |
| 259 | Dreamer Skys LLC | 2 |
| 260 | Dreka Piper Media LLC | 1 |
| 261 | Dreyona Melody Creations LLC | 1 |
| 262 | Drisen Oak Company LLC | 2 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 263 | Druham Reese Sales LLC | 1 |
| 264 | Druien Xeno Wings LLC | 2 |
| 265 | Druxzy Heavy Advertising LLC | 2 |
| 266 | Ds Whipped Team LLC | 2 |
| 267 | Dst Nacky Advertising LLC | 2 |
| 268 | Dt Wholesale Holdings LLC | 1 |
| 269 | Dubarry Pearl Solstice LLC | 1 |
| 270 | Duberry Finn Creations LLC | 1 |
| 271 | Dubeta Ollie Ventures LLC | 1 |
| 272 | Dubiler Cloud Adventures LLC | 1 |
| 273 | Dudel Harvest Media LLC | 2 |
| 274 | Dudita Natural Ways LLC | 1 |
| 275 | Dukaan Centura Blooms LLC | 1 |
| 276 | Dulley Abstract Rays LLC | 1 |
| 277 | Dulma Poppy Group LLC | 1 |
| 278 | Dunai Bright Creations LLC | 2 |
| 279 | Dunery Toasted Harmony LLC | 2 |
| 280 | Duniya Koala Standings LLC | 2 |
| 281 | Dunneil Berry Standings LLC | 1 |
| 282 | Dunow Creative Ventures | 1 |
| 283 | Durazi Rock Venturing LLC | 1 |
| 284 | Dviih Starry Lands LLC | 1 |
| 285 | Dxeorvai Treasured Marketing LLC | 2 |
| 286 | Dyanni Kai Force LLC | 1 |
| 287 | Dydek Whimsy Gardens LLC | 1 |
| 288 | Dyfan Popular Group LLC | 1 |
| 289 | Dylena Brave Creations LLC | 1 |
| 290 | Dynali Crest Marketing LLC | 1 |
| 291 | Dynamic Greater Advertising LLC | 1 |
| 292 | Dynamic Marketing LLC | 1 |
| 293 | Dyogi Misted Advertising LLC | 2 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 294 | Dyona Pine Opals LLC | 2 |
| 295 | Dyrlm Leet Wisdom LLC | 1 |
| 296 | Dystany Hoden Venturing LLC | 2 |
| 297 | Dyuti Pine Blooms LLC | 1 |
| 298 | Ea Marketing Group LLC | 2 |
| 299 | Eager Outback LLC | 1 |
| 300 | Eamon Wishful Ventures LLC | 1 |
| 301 | Ebaad Mighty Gardens LLC | 2 |
| 302 | Ebanie Piper Gardens LLC | 1 |
| 303 | Ebian Dutch Harps LLC | 2 |
| 304 | Eborn Growing Makings LLC | 2 |
| 305 | Ebosti Vibe Freedom LLC | 2 |
| 306 | Ecm Positive Nutrition LLC | 2 |
| 307 | Econo Random Greens LLC | 1 |
| 308 | Edella Gaia Makings LLC | 2 |
| 309 | Edelyn Haxel Designs LLC | 2 |
| 310 | Edevan Colorful Freedom LLC | 2 |
| 311 | Editate Luna Affiliates LLC | 1 |
| 312 | Edrolo Lucky Supply LLC | 4 |
| 313 | Efraib Liv Wisdom LLC | 1 |
| 314 | Efrona Bright Makings LLC | 2 |
| 315 | Egita Peace Media LLC | 2 |
| 316 | Ekans Colorful Yearning LLC | 1 |
| 317 | Ekwem Young Grains LLC | 2 |
| 318 | Eladdy Nova Gardens LLC | 1 |
| 319 | Eladia Rosey Group LLC | 1 |
| 320 | Elamai Hood Makings LLC | 4 |
| 321 | Elandra Arching Crest LLC | 1 |
| 322 | Eldon Crafting Sales LLC | 2 |
| 323 | Eldy Staring Media LLC | 1 |
| 324 | Emania Hot Shores LLC | 1 |
| 325 | Emanlee Tea Ventures LLC | 1 |
| 326 | Emaree Utopia Adventures LLC | 1 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 327 | Emarlie Xen Venturing LLC | 2 |
| 328 | Enalee Beaming Rounds LLC | 1 |
| 329 | Ending Crest LLC | 2 |
| 330 | Enita Creative Thyme LLC | 2 |
| 331 | Epicito Rustic Adventures LLC | 1 |
| 332 | Erv Bold Ads LLC | 2 |
| 333 | Esha Dreaming Group LLC | 2 |
| 334 | Esma Beauty Gardens LLC | 1 |
| 335 | Eternal Happy Adventures LLC | 1 |
| 336 | Ethalia Mia Standings LLC | 1 |
| 337 | Eufracio Growing Media LLC | 1 |
| 338 | Ewere Cloud Willows LLC | 4 |
| 339 | Exanna Mia Beams LLC | 1 |
| 340 | Exaudie Clear Gardens LLC | 1 |
| 341 | Ezallie Gentle Harmony LLC | 2 |
| 342 | Ezekai Rustic Media LLC | 1 |
| 343 | Ezmee Popular Marketing LLC | 1 |
| 344 | Ezrah Glowing Advertising LLC | 2 |
| 345 | Fabaw Creative Gardens LLC | 2 |
| 346 | Fabel Creative Ventures LLC | 1 |
| 347 | Fabrash Kinder Wilderness LLC | 2 |
| 348 | Fabrini Masterful Sales LLC | 1 |
| 349 | Faieza Artistic Health LLC | 2 |
| 350 | Faleen Colorful Standings LLC | 2 |
| 351 | Fanar Creative Sales LLC | 2 |
| 352 | Fedelyn Clay Gardens LLC | 1 |
| 353 | Ferne Willow Company LLC | 1 |
| 354 | Figata Dazzle Minds LLC | 1 |
| 355 | Flangg Ruby Vines LLC | 2 |
| 356 | Foligno Arching Marketing LLC | 1 |
| 357 | Fyela Classic Venturing LLC | 4 |
| 358 | Gabela Majestic Dreams LLC | 2 |
| 359 | Gaije Kool Force LLC | 4 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 360 | Galiba Reese Products LLC | 2 |
| 361 | Ganzul Imax Advertising LLC | 2 |
| 362 | Garja Precious Harmony LLC | 2 |
| 363 | Gasmyr Pearl Crest LLC | 1 |
| 364 | Geala Masterful Media LLC | 1 |
| 365 | Geara Bountiful Creations LLC | 1 |
| 366 | Genevi Colorful Sales LLC | 1 |
| 367 | Gerrit Sharp Pines LLC | 2 |
| 368 | Gibish Rising Lands LLC | 1 |
| 369 | Giella Climbing Dreams LLC | 1 |
| 370 | Gierel Clay Brands LLC | 2 |
| 371 | Githmi Beaming Service LLC | 2 |
| 372 | Gkg Misted Associates LLC | 4 |
| 373 | Glispe Nocking Marketing LLC | 2 |
| 374 | Goetta Positive Yearning LLC | 1 |
| 375 | Goladi Recent Journey LLC | 1 |
| 376 | Golar Venturing Group LLC | 1 |
| 377 | Graedon Uyen Media LLC | 1 |
| 378 | Grafix Cooling Adventure LLC | 2 |
| 379 | Gravan Brick Harps LLC | 1 |
| 380 | Greater Crest LLC | 2 |
| 381 | Guape Brilliant Sales LLC | 2 |
| 382 | Guska Young Media LLC | 2 |
| 383 | Gwahn Willow Rays LLC | 4 |
| 384 | Gweta Treasured Learning LLC | 2 |
| 385 | Habast Kale Ventures LLC | 1 |
| 386 | Habbes Clay Advertising LLC | 1 |
| 387 | Habbi Swag Ventures LLC | 1 |
| 388 | Habent Top Adventures LLC | 1 |
| 389 | Haemi Massi Creations LLC | 1 |
| 390 | Haidel Advertising Group LLC | 2 |
| 391 | Halawa Milo Sunshine LLC | 2 |
| 392 | Hamsika Xen Company LLC | 2 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 393 | Harith Cool Group LLC | 1 |
| 394 | Healite Piper Creations LLC | 1 |
| 395 | Healthy Glow Skincare Inc | 1 |
| 396 | Heiden Sleek Gardens LLC | 2 |
| 397 | Hellovork Trading Inc | 1 |
| 398 | Hembel Yan Marketing LLC | 2 |
| 399 | Hendell Beauty Group LLC | 2 |
| 400 | Hibee Trendy Standings LLC | 1 |
| 401 | Hoaye Xen Sales LLC | 1 |
| 402 | Homire Wan Media LLC | 1 |
| 403 | Hueck Willow Technology LLC | 4 |
| 404 | Hulena Crafty Ventures LLC | 2 |
| 405 | Iconnery Amber Marketing LLC | 2 |
| 406 | Ideatic Scoop Media LLC | 1 |
| 407 | Ikaria Greater Company LLC | 2 |
| 408 | Imaginize Clear Marketing LLC | 2 |
| 409 | Imare Quest Sales LLC | 2 |
| 410 | Imaree Gypsy Makings LLC | 1 |
| 411 | Inaya Creative Group LLC | 2 |
| 412 | Jabarro Yoshi Company LLC | 1 |
| 413 | Jabbari Yearning Creations LLC | 2 |
| 414 | Jabbery Yoko Arches LLC | 1 |
| 415 | Jabbigle Rising Dreams LLC | 2 |
| 416 | Jaber Lush Grinds LLC | 1 |
| 417 | Jaboi Dreaming Company LLC | 1 |
| 418 | Jaboo Honey Ventures LLC | 2 |
| 419 | Jacion Geese Marketing LLC | 1 |
| 420 | Jacire Happy Adventures LLC | 1 |
| 421 | Jacole Glowing Group LLC | 2 |
| 422 | Jadasia Eden Group LLC | 2 |
| 423 | Jadina Kiana Wilderness LLC | 2 |
| 424 | Jaehwi Yearning Designs LLC | 1 |
| 425 | Jaezali Krafty Wisdom LLC | 2 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 426 | Jaezel Essay Arches LLC | 2 |
| 427 | Jagati Crest Systems LLC | 2 |
| 428 | Jahana Popular Advertising LLC | 2 |
| 429 | Jahanvi Popular Services LLC | 2 |
| 430 | Jahlile Crest Waves LLC | 2 |
| 431 | Jahnaye Amber Group LLC | 2 |
| 432 | Jahnya Colorful Partners LLC | 4 |
| 433 | Jahzia Ace Group LLC | 2 |
| 434 | Jaica Abi Brands LLC | 2 |
| 435 | Jaikia Nacky Yearning LLC | 2 |
| 436 | Jaimeh Popular Dreams LLC | 1 |
| 437 | Jaline Bright Grinds LLC | 4 |
| 438 | Jalvan Creative Nights LLC | 1 |
| 439 | Jamiza Key Adventures LLC | 2 |
| 440 | Janeyris Assist Endeavor LLC | 2 |
| 441 | Janow Kool Force LLC | 1 |
| 442 | Jariatu Move Endeavor LLC | 2 |
| 443 | Jb Pipe Arts LLC | 1 |
| 444 | Jeahcri Bop Ventures LLC | 1 |
| 445 | Jeaniel Gabi Paths LLC | 2 |
| 446 | Jeaniya Star Advertising LLC | 1 |
| 447 | Jeannell Berry Media LLC | 1 |
| 448 | Jearon Deky Media LLC | 1 |
| 449 | Jease Marketing Ventures LLC | 2 |
| 450 | Jeason Unique Ventures LLC | 1 |
| 451 | Jeazzy Kind Harmony LLC | 2 |
| 452 | Jebber Beaming Ventures LLC | 1 |
| 453 | Jebnist Vintage Glows LLC | 1 |
| 454 | Jecaine Bendy Ventures LLC | 1 |
| 455 | Jecen Kool Force LLC | 1 |
| 456 | Jecolia Clear Group LLC | 1 |
| 457 | Jedah Xen Willows LLC | 2 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 458 | Jeddon Gaia Media LLC | 1 |
| 459 | Jedin Creative Sales LLC | 2 |
| 460 | Jediya Ziggy Vines LLC | 1 |
| 461 | Jeein Noa Venturing LLC | 1 |
| 462 | Jeevall Abstract Palms LLC | 2 |
| 463 | Jeevitha Lush Makings LLC | 1 |
| 464 | Jegbola Venting Wings LLC | 2 |
| 465 | Jelavic Radiant Shores LLC | 1 |
| 466 | Jellien Top Venturing LLC | 2 |
| 467 | Jelsa Creative Media LLC | 2 |
| 468 | Jembri Clear Media LLC | 4 |
| 469 | Jenald Xander Brilliance LLC | 1 |
| 470 | Jendi Klassic Makings LLC | 2 |
| 471 | Jennet Urban Advertising LLC | 4 |
| 472 | Jetted Harps LLC | 2 |
| 473 | Jetur Dazzle Ambers LLC | 2 |
| 474 | Jhoanny Yobble Media LLC | 1 |
| 475 | Jhr Miramar Exchange LLC | 1 |
| 476 | Jiahni Hait Media LLC | 1 |
| 477 | Jianni Hazel Media LLC | 1 |
| 478 | Jiaray Syall Harmony LLC | 2 |
| 479 | Jiball Lawl Ventures LLC | 1 |
| 480 | Jibi Lasting Grinds LLC | 1 |
| 481 | Jigni Envy Gardens LLC | 2 |
| 482 | Jillien Panda Venturing LLC | 2 |
| 483 | Jilmar Piece Force LLC | 3 |
| 484 | Jinee Clear Sales LLC | 2 |
| 485 | Jingxi Greek Pines LLC | 1 |
| 486 | Jmd Pip Associates LLC | 2 |
| 487 | Joanzin Arching Group LLC | 2 |
| 488 | Jobbie Great Creations LLC | 2 |
| 489 | Jobius Scally Media LLC | 1 |
| 490 | Jobonie Uyen Company LLC | 1 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 491 | Joceliz Miracle Greens LLC | 2 |
| 492 | Jochi Bending Advertising LLC | 1 |
| 493 | Joctan Alley Blooms LLC | 1 |
| 494 | Jodding Cole Venturing LLC | 2 |
| 495 | Johari Lucky Marketing LLC | 1 |
| 496 | Joheli Awning Dreams LLC | 1 |
| 497 | Jolanta Koala Gardens LLC | 2 |
| 498 | Jozarie Sleek Industries LLC | 2 |
| 499 | Jozzin Legend Direct LLC | 2 |
| 500 | Jpm Noice Endeavor LLC | 2 |
| 501 | Jpm Tiger Advertising LLC | 2 |
| 502 | Jt Marketing LLC | 2 |
| 503 | Juadlol Ruby Hope LLC | 1 |
| 504 | Juahn Lad Creations LLC | 1 |
| 505 | Juanjo Positive Ventures LLC | 1 |
| 506 | Juanta Crafty Grains LLC | 1 |
| 507 | Juanya Rosey Sales LLC | 1 |
| 508 | Jubber Bold Adventures LLC | 1 |
| 509 | Jubean Advertising Group LLC | 2 |
| 510 | Judine Ozzy Sales LLC | 1 |
| 511 | Judlie Angelic Ventures LLC | 1 |
| 512 | Juell Kali Skys LLC | 1 |
| 513 | Julaani Kirk Crest LLC | 4 |
| 514 | Julain Awning Crest LLC | 1 |
| 515 | Julina Soft Company LLC | 1 |
| 516 | Julora Halo Blooms LLC | 1 |
| 517 | Jumka Whimsy Ventures LLC | 2 |
| 518 | Junilla Milo Standings LLC | 2 |
| 519 | Junyi Hoping Agility LLC | 4 |
| 520 | Juofex Starry Lands LLC | 2 |
| 521 | Juriana Yara Wilderness LLC | 1 |
| 522 | Justified Beauty LLC | 1 |
| 523 | Justist Lad Advertising LLC | 2 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 524 | Justly Dreams LLC | 1 |
| 525 | Juxtim Young Gardens LLC | 2 |
| 526 | Jw Technologies LLC | 2 |
| 527 | Jwanka Noice Group LLC | 2 |
| 528 | Jwc Krafty Health LLC | 2 |
| 529 | Jwellin Greek Advertsing LLC | 1 |
| 530 | Jycario Rocking Arches LLC | 2 |
| 531 | Jyrah Rosey Group LLC | 1 |
| 532 | Jyrinna Kelis Ventures LLC | 2 |
| 533 | Jyrnee Niko Media LLC | 3 |
| 534 | Kabao Jaring Company LLC | 1 |
| 535 | Kabary Pipe Willows LLC | 2 |
| 536 | Kabat Brilliance Sales LLC | 1 |
| 537 | Kabel Qualified Sales LLC | 1 |
| 538 | Kabelo Jumping Company LLC | 2 |
| 539 | Kaborq Hait Adventuring LLC | 1 |
| 540 | Kabrin Nyah Creations LLC | 1 |
| 541 | Kadny Miramar Pines LLC | 2 |
| 542 | Kaiana Positive Marketing LLC | 2 |
| 543 | Kaiann Masterful Blooms LLC | 2 |
| 544 | Kalaivani Beam Ads LLC | 2 |
| 545 | Kalam Advertising Company LLC | 2 |
| 546 | Kali Jubilee Marketing LLC | 1 |
| 547 | Kamesa Oak Wisdom LLC | 2 |
| 548 | Karing Carts LLC | 1 |
| 549 | Kb Intense Studios LLC | 1 |
| 550 | Keadue Ollie Media LLC | 1 |
| 551 | Keanni Beauty Marketing LLC | 1 |
| 552 | Keante Sweet Nights LLC | 1 |
| 553 | Kearne Omar Venturing LLC | 1 |
| 554 | Keason Callum Group LLC | 1 |
| 555 | Keater Jaring Media LLC | 1 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 556 | Keauta Peace Force LLC | 2 |
| 557 | Keayla Lia Dreams LLC | 1 |
| 558 | Kedna Jaring Standing LLC | 1 |
| 559 | Keeanii Rustic Group LLC | 2 |
| 560 | Keeayra Turning Group LLC | 2 |
| 561 | Keeoni Xen Venturing LLC | 1 |
| 562 | Kefvie Blush Opals LLC | 4 |
| 563 | Kehana Xandra Brilliance LLC | 2 |
| 564 | Keilah Teal Creations LLC | 2 |
| 565 | Keimya Gentle Company LLC | 2 |
| 566 | Keirran Pearl Marketing LLC | 3 |
| 567 | Keiyala Nova Dreams LLC | 2 |
| 568 | Keleyna Beauty Crest LLC | 2 |
| 569 | Kellani Harvest Group LLC | 2 |
| 570 | Kelly Sales LLC | 2 |
| 571 | Kelty Wave Adventures LLC | 3 |
| 572 | Khairril Cooling Marketing LLC | 4 |
| 573 | Khrya Pearl Adventuring LLC | 2 |
| 574 | Kiajah Beauty Paths LLC | 2 |
| 575 | Kiajani Wan Advertising LLC | 2 |
| 576 | Kj Consulting Dreams LLC | 2 |
| 577 | Klaas Business Ventures LLC | 2 |
| 578 | Kleemo Lia Beams LLC | 1 |
| 579 | Kleiah Waffle Force LLC | 1 |
| 580 | Klemao World Sales LLC | 2 |
| 581 | Knoth Finn Media LLC | 1 |
| 582 | Koda Crafty Makings LLC | 1 |
| 583 | Kodey Blooming Marketing LLC | 2 |
| 584 | Kodi Hoping Media LLC | 1 |
| 585 | Koehn Clear Freedom LLC | 1 |
| 586 | Koelle Adorable Company LLC | 1 |
| 587 | Koemi Yearny Horizons LLC | 1 |
| 588 | Kohlie Tops Company LLC | 1 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 589 | Kohner Media Creations LLC | 2 |
| 590 | Kokila Utopia Group LLC | 1 |
| 591 | Krawk Happy Marketing LLC | 2 |
| 592 | Kuana Chain Rounds LLC | 1 |
| 593 | Kubik Path Sales LLC | 1 |
| 594 | Kuchzo Caring Rounds LLC | 2 |
| 595 | Kuini Avery Ventures LLC | 2 |
| 596 | Kuljot Maya Gardens LLC | 1 |
| 597 | Kumari Masterful Company LLC | 1 |
| 598 | Kutting Moves LLC | 1 |
| 599 | Kyeran Rock Grinds LLC | 1 |
| 600 | Kyhara Halo Dreams LLC | 2 |
| 601 | Kynlei Braaj Ventures LLC | 4 |
| 602 | Kynsli Dutch Advertising LLC | 4 |
| 603 | Kyrica Rising Creations LLC | 2 |
| 604 | Kyrim Colorful Ventures LLC | 1 |
| 605 | Kyunga Daring Strategies LLC | 3 |
| 606 | Labi Kinder Rounds LLC | 1 |
| 607 | Labren Eagle Dreams LLC | 1 |
| 608 | Lacavia Fap Dreams LLC | 1 |
| 609 | Ladane Toasted Minds LLC | 4 |
| 610 | Lagaria Growing Creations LLC | 4 |
| 611 | Laggna Obz Paths LLC | 1 |
| 612 | Lagony Koala Creations LLC | 2 |
| 613 | Lahari Pip Advertising LLC | 2 |
| 614 | Lahayla Fresh Vines LLC | 2 |
| 615 | Laihya Rising Sales LLC | 2 |
| 616 | Laisah Fap Company LLC | 1 |
| 617 | Lajeena Jaring Willows LLC | 1 |
| 618 | Lalauni Zesty Wisdom LLC | 2 |
| 619 | Lallina Colorful Makings LLC | 2 |
| 620 | Lallor Popular Dreams LLC | 2 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 621 | Langeza Oak Wisdom LLC | 2 |
| 622 | Langstyn Kinder Vines LLC | 2 |
| 623 | Leabow Scoop Media LLC | 1 |
| 624 | Leading Climbing Marketing LLC | 1 |
| 625 | Leafion Pom Group LLC | 1 |
| 626 | Leaford Dreamer Ventures LLC | 2 |
| 627 | Leanka Yate Marketing LLC | 1 |
| 628 | Leanni Artistic Sales LLC | 1 |
| 629 | Learic Chatting Harmony LLC | 1 |
| 630 | Ledion Plank Knolls LLC | 1 |
| 631 | Ledourx Kool Mantra LLC | 1 |
| 632 | Leifan Zipped Wilderness LLC | 2 |
| 633 | Lelyan Telling Harmony LLC | 2 |
| 634 | Lemari Creative Marketing LLC | 1 |
| 635 | Leoniki Pearl Harmony LLC | 1 |
| 636 | Libbit Yearning Dreams LLC | 1 |
| 637 | Libbs Creative Advertising LLC | 1 |
| 638 | Lieka Oasis Wisdom LLC | 1 |
| 639 | Lindl Gardens Media LLC | 2 |
| 640 | Living Wellness Inc | 1 |
| 641 | Ljc Brave Paths LLC | 2 |
| 642 | Lobatio Misted Advertising LLC | 1 |
| 643 | Lobda Amber Ventures LLC | 1 |
| 644 | Lobey Jaring Sales LLC | 1 |
| 645 | Lobke Green Media LLC | 1 |
| 646 | Lohany Zee Marketing LLC | 1 |
| 647 | Lolka Bear Media LLC | 1 |
| 648 | Luboo Boi Grinds LLC | 2 |
| 649 | Lucely Bright Minds LLC | 2 |
| 650 | Luchin Amazing Willows LLC | 2 |
| 651 | Lucien Strategic Dreams LLC | 1 |
| 652 | Ludovie Bea Grinds LLC | 1 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 653 | Lugzati Neary Grains LLC | 1 |
| 654 | Lya Halo Direct LLC | 3 |
| 655 | Lyanna Misted Creations LLC | 1 |
| 656 | Lyari Running Advertising LLC | 1 |
| 657 | Lydian Jotting Willow LLC | 1 |
| 658 | Lyhara Hoping Media LLC | 1 |
| 659 | Lyrican Urban Flowers LLC | 2 |
| 660 | M Thompson Sales LLC | 2 |
| 661 | Maarja Jasmine Harps LLC | 1 |
| 662 | Mabika Daring Lands LLC | 2 |
| 663 | Macai Zorb Company LLC | 1 |
| 664 | Mackala Eclipse Group LLC | 2 |
| 665 | Maclaughlin Advertising LLC | 2 |
| 666 | Madsci Peaceful Venturing LLC | 2 |
| 667 | Magony Willow Creations LLC | 2 |
| 668 | Mahega Pearl Technology LLC | 1 |
| 669 | Maholla Arching Shores LLC | 2 |
| 670 | Maliree Lasting Willows LLC | 2 |
| 671 | Manestic Yearney Ventures LLC | 2 |
| 672 | Marshall Enterprises Inc | 1 |
| 673 | Matco Enterprises Inc | 1 |
| 674 | Mayflower Point LLC | 1 |
| 675 | Mc General Brands LLC | 2 |
| 676 | Meable Longlife Creations LLC | 1 |
| 677 | Meadow True Paths LLC | 1 |
| 678 | Meanna Soft Blooms LLC | 1 |
| 679 | Mearph Twinkle Creations LLC | 1 |
| 680 | Mechlar Nature Group LLC | 1 |
| 681 | Mecole Gypsy Venturing LLC | 1 |
| 682 | Mectic Drifted Ventures LLC | 1 |
| 683 | Mectic Rosey Adventures LLC | 1 |
| 684 | Medally Quail Adventures LLC | 1 |
| 685 | Medani Priceless Harmony LLC | 1 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 686 | Meddina Glowing Vines LLC | 1 |
| 687 | Medina Lia Company LLC | 2 |
| 688 | Medixi Tate Crest LLC | 2 |
| 689 | Medora Justified Sales LLC | 1 |
| 690 | Medrick Lush Breeze LLC | 2 |
| 691 | Medroa Zesty Service LLC | 1 |
| 692 | Meekery Rosey Stars LLC | 1 |
| 693 | Meelad Brick Adventuring LLC | 1 |
| 694 | Meerp Beauty Stars LLC | 1 |
| 695 | Meester Rolling Ventures LLC | 2 |
| 696 | Megisa Colorful Adventures LLC | 2 |
| 697 | Mehany Jolly Standings LLC | 1 |
| 698 | Mehki Eden Blooms LLC | 2 |
| 699 | Meiqo Lucky Wisdom LLC | 2 |
| 700 | Meizuo Lush Blooms LLC | 1 |
| 701 | Mekah Crest Vines LLC | 2 |
| 702 | Melitza Striving Dreams LLC | 1 |
| 703 | Melouin Avery Creations LLC | 2 |
| 704 | Memdi Ice Harmony LLC | 2 |
| 705 | Menila Byed Adventures LLC | 2 |
| 706 | Merkle Advertising LLC | 1 |
| 707 | Miarma Finn Company LLC | 1 |
| 708 | Miecca Wodi Standings LLC | 2 |
| 709 | Milaniz Berry Start LLC | 2 |
| 710 | Misted Winds LLC | 1 |
| 711 | Mj Notting Products LLC | 2 |
| 712 | Moala Jace Company LLC | 2 |
| 713 | Moasi Delicate Beauty LLC | 1 |
| 714 | Mobify Feather Group LLC | 1 |
| 715 | Mobin Running Horizons LLC | 1 |
| 716 | Mobolaji Centural Venturing LLC | 1 |
| 717 | Moccony Raven Advertising LLC | 1 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 718 | Mocheala Zia Creations LLC | 1 |
| 719 | Modai Positive Company LLC | 3 |
| 720 | Modar Creative Group LLC | 2 |
| 721 | Modawi Delicate Beauty LLC | 2 |
| 722 | Moddis Natural Horizon LLC | 1 |
| 723 | Modemz Kindly Greens LLC | 1 |
| 724 | Modern Venturing Company LLC | 1 |
| 725 | Modex Artistic Media LLC | 1 |
| 726 | Modzta Scally Company LLC | 1 |
| 727 | Modzy Envy Binds LLC | 1 |
| 728 | Moety Starry Lands LLC | 1 |
| 729 | Mojay Pearl Dreams LLC | 1 |
| 730 | Mrazik Telling Advertising LLC | 1 |
| 731 | Mrazzle Waffle Sales LLC | 1 |
| 732 | Muacle Bright Adventures LLC | 1 |
| 733 | Mubean Beaming Sales LLC | 1 |
| 734 | Mudasar Rap Company LLC | 1 |
| 735 | Mufasi Crest Makings LLC | 1 |
| 736 | Mufkie Radiant Blooms LLC | 2 |
| 737 | Muggalo Gator Advertising LLC | 1 |
| 738 | Muhay Awning Grinds LLC | 1 |
| 739 | Muhina Zesty Pines LLC | 1 |
| 740 | Mukasa Bars Gardens LLC | 1 |
| 741 | Mukul Wave Sales LLC | 2 |
| 742 | Mulyani Sweet Zander LLC | 2 |
| 743 | Mumfie Jetting Ventures LLC | 1 |
| 744 | Murphy Marketing LLC | 1 |
| 745 | Murzap Quan Direct LLC | 1 |
| 746 | Mushira Savy Company LLC | 2 |
| 747 | Mussar Rock Pines LLC | 1 |
| 748 | Musta Harvest Sales LLC | 2 |
| 749 | Muth Sales LLC | 2 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 750 | Mwaka Noar Venturing LLC | 2 |
| 751 | Myael Jubel Standings LLC | 2 |
| 752 | Myha Creative Theme LLC | 1 |
| 753 | Mykiah Natural Consultants LLC | 2 |
| 754 | Mykol Pottery Crest LLC | 2 |
| 755 | Mylahn Pipe Freedom LLC | 2 |
| 756 | Mylez Niko Willow LLC | 2 |
| 757 | Myliane Crafty Wellness LLC | 4 |
| 758 | Myrios Eve Brands LLC | 2 |
| 759 | Myrra Red Adventure LLC | 1 |
| 760 | Mystical Meaning LLC | 1 |
| 761 | Mythen Crafty Willow LLC | 2 |
| 762 | Mzuzi Legend Greens LLC | 2 |
| 763 | Naarai Envy Yearning LLC | 1 |
| 764 | Nabay Goat Sales LLC | 1 |
| 765 | Nabulu Wodi Media LLC | 1 |
| 766 | Nadhira Business Sales LLC | 2 |
| 767 | Najati Quail Group LLC | 2 |
| 768 | Nalexis Urban Advertising LLC | 2 |
| 769 | Nautical Jumps LLC | 1 |
| 770 | Neato Owl Sales LLC | 1 |
| 771 | Nebila Lana Dreams LLC | 1 |
| 772 | Nedoma Advertising Company LLC | 1 |
| 773 | Nedoma Popular Brilliance LLC | 1 |
| 774 | Neelu Jaring Ventures LLC | 2 |
| 775 | Neemi Awning Gardens LLC | 1 |
| 776 | Neiwa Rylee Standings LLC | 1 |
| 777 | Niaya Pink Ventures LLC | 1 |
| 778 | Nicolli Kitten Waves LLC | 1 |
| 779 | Nimya Pace Blossoms LLC | 1 |
| 780 | Noblar Alley Opals LLC | 2 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 781 | Nodab Lifting Adventures LLC | 1 |
| 782 | Nodeue Dreaming Sales LLC | 2 |
| 783 | Noelen Classic Horizons LLC | 1 |
| 784 | Noirad Lucky Sales LLC | 1 |
| 785 | Nuala Brick Media LLC | 1 |
| 786 | Nubeta Fish Pines LLC | 1 |
| 787 | Nubia Jaring Lands LLC | 2 |
| 788 | Nuemi Colorful Horizons LLC | 1 |
| 789 | Nwanko Qwop Media LLC | 1 |
| 790 | Nyarie Grace Creations LLC | 2 |
| 791 | Nyasha Drawing Media LLC | 1 |
| 792 | Nyota Johab Ventures LLC | 1 |
| 793 | Oberen Holden Group LLC | 2 |
| 794 | Obinne Vibing Blooms LLC | 2 |
| 795 | Odiana Sharper Horizons LLC | 2 |
| 796 | Padidas Top Horizons LLC | 4 |
| 797 | Padmay Frosty Sales LLC | 1 |
| 798 | Pahty Jaring Ventures LLC | 2 |
| 799 | Paikot Artistic Dreams LLC | 2 |
| 800 | Palais Colorful Services LLC | 4 |
| 801 | Palmont Lucky Makings LLC | 2 |
| 802 | Paylov Inc | 1 |
| 803 | Peachy Brilliance Creations LLC | 1 |
| 804 | Peacing Harvest Company LLC | 1 |
| 805 | Piatrece Green Freedom LLC | 1 |
| 806 | Pictate Krafty Freedom LLC | 2 |
| 807 | Piscoski Otis Company LLC | 2 |
| 808 | Pixarch Inc | 1 |
| 809 | Plaski Rio Blooms LLC | 1 |
| 810 | Podna Brilliance Sales LLC | 1 |
| 811 | Poetess Yoga Shores LLC | 1 |
| 812 | Poetify Grace Blooms LLC | 1 |
| 813 | Polvoran Blast Venturing LLC | 1 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 814 | Pomax Fun Venturing LLC | 2 |
| 815 | Pragya Reese Creations LLC | 1 |
| 816 | Praize Sleek Ways LLC | 1 |
| 817 | Prasna Jaring Advertising LLC | 1 |
| 818 | Pulpie Rosey Shores LLC | 1 |
| 819 | Puranda Savy Crest LLC | 1 |
| 820 | Purvai Color Makings LLC | 2 |
| 821 | Pymont Lily Funnels LLC | 4 |
| 822 | Pyran Yoshi Marketing LLC | 1 |
| 823 | Pyriel Zaya Arches LLC | 1 |
| 824 | Pythia Koas Wisdom LLC | 1 |
| 825 | Raashi Dean Winds LLC | 1 |
| 826 | Rabbani Glossy Mantra LLC | 1 |
| 827 | Rabshan Lee Dreams LLC | 1 |
| 828 | Rabyah Fly Crest LLC | 2 |
| 829 | Racelyn Cole Venturing LLC | 1 |
| 830 | Racust Jace Ventures LLC | 1 |
| 831 | Radane Starry Company LLC | 2 |
| 832 | Radeon Arch Gardens LLC | 2 |
| 833 | Radimus Precious Marketing LLC | 2 |
| 834 | Radley Willow Services LLC | 1 |
| 835 | Radomir Green Industries LLC | 2 |
| 836 | Radonic Owen Palms LLC | 1 |
| 837 | Raekel Trance Stars LLC | 2 |
| 838 | Raelina Xeno Standings LLC | 2 |
| 839 | Raemar Arc Scene LLC | 2 |
| 840 | Raeven Kind Pines LLC | 2 |
| 841 | Rafeliu Sweet Yearning LLC | 2 |
| 842 | Ragavi Jelling Venturing LLC | 2 |
| 843 | Raheeni Sweet Crest LLC | 2 |
| 844 | Rahela Kinder Advertising LLC | 2 |
| 845 | Rahiel Young Advertising LLC | 2 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 846 | Rahzel Alluring Companies LLC | 1 |
| 847 | Raika Willow Paths LLC | 1 |
| 848 | Rainald Clear Winds LLC | 2 |
| 849 | Ramarn Cooling Sunshine LLC | 2 |
| 850 | Ramero Kai Marketing LLC | 2 |
| 851 | Rampin Longing Sales LLC | 2 |
| 852 | Ramzan Arching Willow LLC | 2 |
| 853 | Rb Starry Communications LLC | 2 |
| 854 | Realtin Alley Opals LLC | 1 |
| 855 | Reanan Positive Lands LLC | 2 |
| 856 | Reani Harmony Makings LLC | 1 |
| 857 | Rebeaut Metal Venturing LLC | 1 |
| 858 | Rebien Ace Pines LLC | 4 |
| 859 | Recato Braaj Media LLC | 1 |
| 860 | Recepo Enzo Venturing LLC | 1 |
| 861 | Reeios Crafty Health LLC | 2 |
| 862 | Reesey Kirk Crest LLC | 1 |
| 863 | Regana Kool Brands LLC | 2 |
| 864 | Reigna Lush Standing LLC | 1 |
| 865 | Reinell Path Advertising LLC | 1 |
| 866 | Reniel Tia Paths LLC | 2 |
| 867 | Resting Mixes LLC | 2 |
| 868 | Reudi Lasting Skys LLC | 2 |
| 869 | Rhodium Alluring Ventures LLC | 1 |
| 870 | Rianke Jace Shores LLC | 1 |
| 871 | Ridhii Turning Wisdom LLC | 1 |
| 872 | Ritchie Sales LLC | 2 |
| 873 | Roamie Green Company LLC | 1 |
| 874 | Robinnio Dreamer Advertising LLC | 1 |
| 875 | Rocendo Oli Sales LLC | 1 |
| 876 | Rodmey Piper Sales LLC | 1 |
| 877 | Rossul Beautiful Ying LLC | 2 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 878 | Rubaya Max Creations LLC | 1 |
| 879 | Rubayat Gypsy Pines LLC | 1 |
| 880 | Rudan Green Venturing LLC | 1 |
| 881 | Rudhir Bendy Dreams LLC | 1 |
| 882 | Rudian Daring Willows LLC | 1 |
| 883 | Rueya Genius Ventures LLC | 1 |
| 884 | Ruffell Kool Group LLC | 1 |
| 885 | Rumina Daisy Guild LLC | 3 |
| 886 | Rushdi Natural Technologies LLC | 1 |
| 887 | Ruvin Classic Thyme LLC | 2 |
| 888 | Rylnn Lola Sales LLC | 2 |
| 889 | Rynal Angelic Company LLC | 1 |
| 890 | Rynon Scoop Venturing LLC | 2 |
| 891 | Ryoken Indie Services LLC | 1 |
| 892 | Saanil Kindest Brands LLC | 1 |
| 893 | Sabal Mighty Dreams LLC | 1 |
| 894 | Sabawon Berry Opals LLC | 1 |
| 895 | Sabbily Kitty Mantra LLC | 1 |
| 896 | Sabela Piper Gardens LLC | 2 |
| 897 | Sadalio Hoja Yearnings LLC | 4 |
| 898 | Sadee Blast Vines LLC | 2 |
| 899 | Sahima Arch Group LLC | 2 |
| 900 | Sahnari Dutch Maze LLC | 2 |
| 901 | Saidan Motivated Brands LLC | 2 |
| 902 | Saiden Trinity Makings LLC | 2 |
| 903 | Sajra Popular Grace LLC | 2 |
| 904 | Sakir Bogan Media LLC | 2 |
| 905 | Salgron Kinder Marketing LLC | 2 |
| 906 | Salinda Daisy Brands LLC | 2 |
| 907 | Samial Yara Adventures LLC | 4 |
| 908 | Saving Ambers LLC | 2 |
| 909 | Scamara Drifted Hope LLC | 1 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 910 | Scarbella Lace Ventures LLC | 1 |
| 911 | Scarletta Top Makings LLC | 1 |
| 912 | Scarlit Radiant Company LLC | 2 |
| 913 | Scerzy Uzan Agility LLC | 4 |
| 914 | Scharm Creative Sales LLC | 2 |
| 915 | Scharxy Grace Advertising LLC | 2 |
| 916 | Schasi Oasis Dreams LLC | 1 |
| 917 | Schibo Ness Winds LLC | 2 |
| 918 | Schoka Ruby Designs LLC | 4 |
| 919 | Seaborn Quaid Marketing LLC | 1 |
| 920 | Seabreeze Daisy Company LLC | 1 |
| 921 | Seaora Rising Arches LLC | 1 |
| 922 | Seaple Advertising Group LLC | 1 |
| 923 | Seavan Ice Zander LLC | 1 |
| 924 | Sedra Venturing Group LLC | 2 |
| 925 | Sefana Glossy Dreams LLC | 1 |
| 926 | Segosa Grip Willows LLC | 1 |
| 927 | Shadell Jasmine Designs LLC | 1 |
| 928 | Shadxy Running Ventures LLC | 1 |
| 929 | Shamar Harmony Company LLC | 2 |
| 930 | Sibba Outdoors LLC | 1 |
| 931 | Sibela Hazel Adventures LLC | 1 |
| 932 | Sibina Halo Adventuring LLC | 1 |
| 933 | Sible Branding Company LLC | 1 |
| 934 | Skarlette Cool Media LLC | 1 |
| 935 | Skibbit Lia Media LLC | 1 |
| 936 | Skizzy Clay Group LLC | 1 |
| 937 | Slaben Ewan Breeze LLC | 1 |
| 938 | Slausy Running Freedom LLC | 1 |
| 939 | Sln Awesome Company LLC | 1 |
| 940 | Sm Ziggy International LLC | 1 |
| 941 | Snazzi Charming Marketing LLC | 1 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 942 | Snazzler Halo Company LLC | 1 |
| 943 | Snibba Crest Ventures LLC | 1 |
| 944 | Soarna Rested Advertising LLC | 1 |
| 945 | Sobby Furby Creations LLC | 1 |
| 946 | Socorro Brave Adventures LLC | 1 |
| 947 | Soelis Rainbow Mobile LLC | 1 |
| 948 | Soffit Rosey Breeze LLC | 2 |
| 949 | Solvita Bloom Company LLC | 1 |
| 950 | Sonata Bass Creations LLC | 2 |
| 951 | Spacekin Floating Ventures LLC | 1 |
| 952 | Spadina Ray Dreams LLC | 1 |
| 953 | Spafty Jumping Gardens LLC | 1 |
| 954 | Sparcle Genius Harmony LLC | 1 |
| 955 | Sparoh Wizard Ambers LLC | 1 |
| 956 | Spartan Motivated Company LLC | 1 |
| 957 | Sparvo Max Willows LLC | 1 |
| 958 | Squanzo Eli Dreams LLC | 1 |
| 959 | Starscal Quinlain Designs LLC | 1 |
| 960 | Striving Pines LLC | 1 |
| 961 | Stunning Hearts LLC | 2 |
| 962 | Suado Jumping Marketing LLC | 2 |
| 963 | Suan Harvest Advertising LLC | 2 |
| 964 | Subeen Essential Venturing LLC | 2 |
| 965 | Subervi Jelling Waves LLC | 2 |
| 966 | Subhan Colorful Gardens LLC | 1 |
| 967 | Subika Jay Marketing LLC | 1 |
| 968 | Subla Majestic Company LLC | 1 |
| 969 | Sublam Finn Blooms LLC | 1 |
| 970 | Suditty Kind Venturing LLC | 2 |
| 971 | Sudyka Lili Venturing LLC | 1 |
| 972 | Sunwise Trading Inc | 1 |
| 973 | Swagler Jace Media LLC | 1 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 974 | Swaleha Jolly Grinds LLC | 1 |
| 975 | Swallah Precious Ventures LLC | 1 |
| 976 | Swally Pipe Adventures LLC | 1 |
| 977 | Sweet Standings LLC | 1 |
| 978 | Syaffa Wicked Group LLC | 2 |
| 979 | Syafia Flash Advertising LLC | 1 |
| 980 | Syafir Tea Dreams LLC | 1 |
| 981 | Syafira Kind Makings LLC | 1 |
| 982 | Syahiera Overt Paths LLC | 1 |
| 983 | Syahira Arching Marketing LLC | 1 |
| 984 | Sybble Venice Media LLC | 1 |
| 985 | Sykora Flaming Whispers LLC | 2 |
| 986 | Symun Theo Marketing LLC | 2 |
| 987 | Synera Young Gardens LLC | 2 |
| 988 | Syonlette Daisy Harmony LLC | 1 |
| 989 | Syrvia Alley Venturing LLC | 2 |
| 990 | Syvriel Glowing Pines LLC | 2 |
| 991 | Szanja Mug Resources LLC | 3 |
| 992 | Szymon Urban Makings LLC | 2 |
| 993 | Tabash Arching Ventures LLC | 2 |
| 994 | Tabbi Vintage Media LLC | 1 |
| 995 | Tadrian Knob Ventures LLC | 2 |
| 996 | Taecee Arching Services LLC | 2 |
| 997 | Taedza Eden Wings LLC | 2 |
| 998 | Taguro Honey Marketing LLC | 2 |
| 999 | Taisie Oak Makings LLC | 2 |
| 1000 | Tajanae Coral Gardens LLC | 2 |
| 1001 | Taleta Cole Sales LLC | 2 |
| 1002 | Tamasia Ace Media LLC | 2 |
| 1003 | Tamazi Intense Creations LLC | 2 |
| 1004 | Tanelya Noar Skys LLC | 4 |
| 1005 | Tasch Marketing Corp | 2 |
| 1006 | Teaggo Motivated Dreams LLC | 1 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 1007 | Teasley Striving Lands LLC | 1 |
| 1008 | Teawa Brady Horizons LLC | 1 |
| 1009 | Tebyna Kinder Marketing LLC | 1 |
| 1010 | Teiajah Ace Health LLC | 2 |
| 1011 | Teishan Willow Advertising LLC | 2 |
| 1012 | Teluxe Misted Blooms LLC | 4 |
| 1013 | Teppid Misted Brands LLC | 1 |
| 1014 | Thahmila Pipe Group LLC | 1 |
| 1015 | Toating Blooming LLC | 2 |
| 1016 | Tobaria Gentle Ventures LLC | 1 |
| 1017 | Toetry Rock Ventures LLC | 1 |
| 1018 | Tofola Laana Media LLC | 1 |
| 1019 | Tondy Creative Sales LLC | 2 |
| 1020 | Townsend Trading Inc | 1 |
| 1021 | Trackle Caress Marketing LLC | 1 |
| 1022 | Traeson Fam Nights LLC | 2 |
| 1023 | Tralyn Positive Grinds LLC | 1 |
| 1024 | Trason Kane Opals LLC | 2 |
| 1025 | Trenity Positive Hope LLC | 1 |
| 1026 | Tripzy Popular Ventures LLC | 2 |
| 1027 | Tuana Fairly Waves LLC | 1 |
| 1028 | Tuaniz Daisy Media LLC | 2 |
| 1029 | Tubbekin Wing Advertising LLC | 1 |
| 1030 | Tulane Harvest Wilderness LLC | 1 |
| 1031 | Tulisa Oxford Group LLC | 1 |
| 1032 | Tullian Glow Media LLC | 2 |
| 1033 | Tuska Wild Creations LLC | 4 |
| 1034 | Tw Arching Resources LLC | 2 |
| 1035 | Tykila Hoden Vines LLC | 2 |
| 1036 | Tylea Kind Flash LLC | 4 |
| 1037 | Tysenna Classic Venturing LLC | 4 |
| 1038 | Tysheria Wikka Makings LLC | 3 |
| 1039 | Ubyan Max Company LLC | 2 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 1040 | Udatta Harvest Creations LLC | 2 |
| 1041 | Umesha Brave Marketing LLC | 1 |
| 1042 | Vedica Lacey Marketing LLC | 1 |
| 1043 | Veerin Positive Company LLC | 1 |
| 1044 | Veikka Artistic Gardens LLC | 3 |
| 1045 | Veliin Blast Makings LLC | 1 |
| 1046 | Veloury Trance Sales LLC | 1 |
| 1047 | Vemma Cole Breeze LLC | 3 |
| 1048 | Venting Hope LLC | 2 |
| 1049 | Vibeke Urban Ventures LLC | 1 |
| 1050 | Vibular Ava Marketing LLC | 1 |
| 1051 | Vital Supplements Inc | 1 |
| 1052 | Vk Zeek Resources LLC | 2 |
| 1053 | Vosilla Fox Creations LLC | 1 |
| 1054 | Vozdra Jib Media LLC | 2 |
| 1055 | Vrati Rose Wisdom LLC | 2 |
| 1056 | Vsd Image Health LLC | 2 |
| 1057 | Wadin Ginger Adventures LLC | 1 |
| 1058 | Wagerah Tate Media LLC | 2 |
| 1059 | Waizir Fresh Marketing LLC | 4 |
| 1060 | Walaka Yearny Creations LLC | 1 |
| 1061 | Walgin Treasured Freedom LLC | 1 |
| 1062 | Walster Crown Lands LLC | 2 |
| 1063 | Wamusi Essential Group LLC | 2 |
| 1064 | Wedika Fancy Media LLC | 1 |
| 1065 | Weirmo Clay Blooms LLC | 1 |
| 1066 | Welbie Daring Holdings LLC | 2 |
| 1067 | Welled Misted Grains LLC | 2 |
| 1068 | Whazzle Freya Sales LLC | 1 |
| 1069 | Whitzel Rested Avenue LLC | 4 |
| 1070 | Woyat Luna Vines LLC | 2 |
| 1071 | Yaelys Bold Dreams LLC | 2 |
| 1072 | Yaemi Pine Makings LLC | 1 |

| # | Legal Entity Name | Num. of Merchant Accts. (MIDs) |
|---|---|---|
| 1073 | Zegory Trendy Harmony LLC | 2 |
| 1074 | Zolbian Mining Greens LLC | 1 |
| | **Total** | **1695** |